FILED
2015 Apr-13 PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ALABAMA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case 2:14-CR-00319-KOB-SGC |
| | ) |
| JOSEPH HAROLD GANDY | ) |

## ATTACHMENT A

1)    CATS #13-FBI-008026 - $2,000.00 IN U.S. CURRENCY;

2)    CATS #14-FBI-005466 - $13,134.00 IN U.S. CURRENCY;

3)    CATS #13-FBI-008025 - $1,880.00 IN U.S. CURRENCY;

4)    CATS #14-FBI-006073 - ONE LOOSE 3.01 CT EMERALD CUT DIAMOND, 8.88 X 7.51 X 4.98 MM, VS1 F, GIA LAB DOCUMENT #13917248;

5)    CATS #14-FBI-006074 - ONE LOOSE 2.16 CT. BRILLIANT CUT DIAMOND, 8.23 X 8.25 X 5.17MM, SI1 E, AGS LAB DOCUMENT #0004229406;

6)    CATS #14-FBI-006075 - ONE (1) PLATINUM LADIES CONTEMPORARY 4 PRONG SOLITAIRE DIAMOND RING CONTAINING ONE 1.51 CT CUSHION BRILLIANT CUT DIAMOND, 7.01 X 6.63 X 4.41 MM, VS1 G, 5.375 DWT (PLAT). GIA LAB REPORT #12804063;

ONE LOOSE 3.13 CT SQUARE EMERALD CUT DIAMOND, 8.02 X 8.38 X 5.3 MM, SI2 G, (NO LAB REPORT);

ONE (1) PLATINUM LADIES TRADITIONAL 4 PRONG SOLITAIRE DIAMOND RING CONTAINING 2.39 CT. SQUARE

EMERALD CUT DIAMOND, 7.49 X 7.40 X 5.02 MM, VS1 F, 4.00
DWT (PLAT), GIA LAB REPORT #12619593;

7)      CATS #14-FBI-006076 - ONE (1) LOOSE 1.58 CT. OVAL
GREEN STONE, REFRACTIVE INDEX OF 1.54, 9 X 7 X 4.65 MM,
DARK GREEN INCLUSIONS AND SLIGHTLY BLUISH GREEN
COLOR ;

ONE (1) LOOSE 18.63 CT. OVAL IOLITE BLUE STONE, 20 X 15
X 10.5 MM;

ONE (1) LOOSE 1.30 CT. OVAL BLUE SAPPHIRE, 7 X 5 X 3.5
MM;

ONE (1) LOOSE 1.72 CT. TRIANGULAR CUT TANZANITE;

ONE (1) LOOSE .05 CT. ROUND FULL CUT DIAMOND, 2 MM,
SI1 G-H;

ONE (1) LOOSE .92 CT. ROUND BLUE SAPPHIRE, 5.3 MM;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2MM,
SI2 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM,
SI2 G-H;

ONE (1) LOOSE 1.67 CT. ROUND BRILLIANT CUT DIAMOND,
COMMERCIAL QUALITY, G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2MM,
SI2 G-H;

ONE (1) LOOSE .04 CT. ROUND FULL CUT DIAMOND, 2MM,
SI1 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2MM,
SI2 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2MM, SI2 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2MM, SI2 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI2 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2MM, SI1 G-H;

ONE (1) LOOSE .04 CT ROUND FULL CUT DIAMOND, 2MM, SI2 G-H;

ONE (1) LOOSE .05 CT. ROUND FULL CUT DIAMOND, 2.2 MM, SI1 G-H;

ONE (1) LOOSE .04 CT. ROUND FULL CUT DIAMOND, 2.2 MM, SI1 G-H;

ONE (1) LOOSE .05 CT. ROUND FULL CUT DIAMOND, 2.2 MM, SI1 G-H;

ONE (1) LOOSE .04 CT. ROUND FULL CUT DIAMOND, 2.2 MM, SI2 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI1 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI2 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI1 G-H;

ONE (1) LOOSE .04 CT. ROUND FULL CUT DIAMOND, 2.2 MM, SI1 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI1 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI1 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI1 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI2 G-H;

ONE (1) LOOSE .04 CT. ROUND FULL CUT DIAMOND, 2.2 MM, SI1 G-H;

ONE (1) LOOSE .05 CT. ROUND FULL CUT DIAMOND, 2.2 MM, SI2 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI2 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI2 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI2 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI2 G-H                ;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI2 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI2 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI1 G-H;

ONE (1) LOOSE 7.58 CT. CUSHION CUT TANZANITE, 11.3 X 11.4 X 8.7 MM;

ONE (1) LOOSE .91 CT. ROUND BLUE SAPPHIRE, 5.3 MM;

ONE (1) LOOSE 2.94 CT. OVAL CUT GARNET, 9.8 X 7.3 X 5.3 MM;

ONE (1) LOOSE .04 CT. ROUND FULL CUT DIAMOND, 2.2 MM, SI1 G-H;

ONE (1) LOOSE .04 CT. ROUND FULL CUT DIAMOND, 2.2 MM, SI1 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI2 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI2 G-H;

ONE (1) LOOSE .04 CT. ROUND FULL CUT DIAMOND, 2.2 MM SI1 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI1 G-H;

ONE (1) LOOSE 4.33 CT TRIANGULAR CUT TOURMALINE, 11 X 11 X 6.8 MM;

ONE (1) LOOSE .65 CT. ROUND BLUE SAPPHIRE, 5 MM;

ONE (1) LOOSE 25 X 18 MM OVAL OPAL TRIPLET;

ONE (1) LOOSE 30 X 22 MM OVAL OPAL TRIPLET;

ONE (1) LOOSE 12.79 CT. OVAL IOLITE PURPLE STONE, 18 X 13 X 9.7 MM;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI2 G-H;

ONE (1) LOOSE 17.70 CT. TRIANGULAR CUT AMETHYST, 18.5 X 18.4 X 18.7 MM, 11.3 DEPTH;

ONE (1) PAIR OF LOOSE 1.30 CT. TW TRIANGULAR TSAVORITE GARNETS;

ONE (1) LOOSE 12 X 10 MM OVAL CUT OPAL TRIPLET;

ONE (1) LOOSE 2.30 CT. HEXAGON CUT GARNET, 7.2 X 7.2 MM;

ONE (1) LOOSE 13.77 CT. ROUND GREEN TOURMALINE, 14.6 X 11.8 MM;

ONE (1) LOOSE 11.83 CT. CUSHION CUT TANZANITE, 12.3 X 13.1 X 10.5 MM, MEDIUM BLUE;

ONE (1) LOOSE 1.45 CT. OVAL CUT TSAVORITE GARNET, 7.9 X 5.6 X 4.1 MM;

ONE (1) LOOSE 1.06 CT. ROUND CUT BLUE SAPPHIRE, 5.9 MM;

ONE (1) LOOSE .04 CT. ROUND FULL CUT DIAMOND, 2.2 MM, SI2 G-H;

ONE (1) LOOSE .04 CT. ROUND FULL CUT DIAMOND, 2.2 MM, SI1 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI2 G-H;

ONE (1) LOOSE .58 CT. ROUND CUT BLUE SAPPHIRE, 5 MM;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI1 G-H;

ONE (1) LOOSE .03 CT. ROUND FULL CUT DIAMOND, 2 MM, SI1 G-H;

ONE (1) LOOSE 25 X 18 MM OVAL OPAL TRIPLET;

ONE (1) LOOSE 19.66 CT. EMERALD CUT AMETHYST, 21 X 14 MM, MEDIUM COLOR;

ONE (1) LOOSE 3.00 CT OVAL TANZANITE, 9.1 X 7.2 X 5.8 MM;

ONE (1) LOOSE 10.15 CT. GREEN UNCUT TOURMALINE CRYSTAL;

ONE (1) LOOSE 19.38 CT. ROUGH CUT ROUND PALE BLUE TOURMALINE;

ONE (1) LOOSE 13.29 CT. ROUGH UNCUT PALE GREEN TOURMALINE, HEAVILY INCLUDED;

ONE (1) LOOSE 19.14 ROUGH CUT PALE GREEN TOURMALINE;

ONE (1) LOOSE 11.22 CT. ROUGH CUT PALE GREEN TOURMALINE;

ONE (1) LOOSE 6.91 CT. EMERALD CUT EMERALD, 13.8 X 11.1 X 6.7 MM, LIGHT TO MEDIUM COLOR, LIGHT TO MEDIUM INCLUSIONS (MATE 1B469);

ONE (1) LOOSE 6.17 CT. EMERALD CUT IOLITE PURPLE STONE, 12.1 X 10.2 X 6.4 MM;

ONE (1) LOOSE 26.00 CT. OVAL CHECKERBOARD CUT AMETHYST, 20.7 X 17.6 X 13.2 MM;

ONE (1) LOOSE 1.57 CT. OVAL IMITATION EMERALD, REFRACTIVE INDEX 1.54, 9 X 7 X 4.4 MM, DARK GREEN INCLUSIONS, SLIGHTLY BLUISH GREEN COLOR;

ONE (1) LOOSE 2.08 CT. EMERALD CUT IMITATION EMERALD, REFRACTIVE INDEX 1.54 – 1.55,  9.2 X 7 X 4.4 MM,

DARK GREEN INCLUSIONS, SLIGHTLY BLUISH GREEN
COLOR;

ONE (1) LOOSE 2.19 CT. EMERALD CUT IMITATION
EMERALD, 9.1 X 7.1 X 4.8 MM, DARK GREEN INCLUSIONS,
SLIGHTLY BLUISH GREEN COLOR;

ONE (1) LOOSE 7.39 CT. OVAL CUT CEYLON BLUE SAPPHIRE,
13.4 X 10.6 X 6.8 MM;

ONE (1) LOOSE .92 CT. OVAL CUT CEYLON BLUE SAPPHIRE,
6.3 X 5.1 X 3.2 MM (WHITE FEATHER LINE);

ONE (1) LOOSE .92 CT. OVAL CUT CEYLON BLUE SAPPHIRE,
6.3 X 5.1 X 3.2 MM (WHITE FEATHER LINE);

ONE (1) LOOSE 15.71 CT. ANTIQUE CUSHION CUT RED
TOURMALINE, 18.4 X 14 X 8.9 MM;

ONE (1) LOOSE 3.99 CT. CUSHION CUT TANZANITE, DEEP
BLUE, 10.2 X 8 X 6.9 MM;

ONE (1) LOOSE 2.59 CT. OVAL CEYLON BLUE SAPPHIRE, 8.8
X 6.9 X 5.2 MM;

ONE (1) LOOSE 2.65 CT. OVAL BLUE SAPPHIRE, 8.4 X 7.5 X 5
MM;

ONE (1) LOOSE 6.4 MM ROUND CUBIC ZIRCONIA;

ONE (1) LOOSE 4.43 CT. ANTIQUE CUSHION CUT CITRINE,
REFRACTIVE INDEX 1.52, 12.2 X 9.7 X 6.4 MM;

ONE (1) LOOSE 1.30 CT. OVAL CEYLON BLUE SAPPHIRE
(PALE), 6.7 X 5.8 X 3.9 MM;

8)      CATS# 14-FBI-006077 - ONE (1) LADIES CARTIER
STAINLESS 14KT, MODEL #1567, SN: BB063034;

ONE (1) GENTS LONGINE ELECTRA MECHANICAL MOVEMENT (NO BAND) (POOR QUALITY) SN: 102903;

ONE (1) PULSAR YELLOW TONE QUARTZ MOVEMENT (FAIR QUALITY) (NO BAND) MODEL #V515-5280, SN: 041856;

ONE (1) GENTS MAYFAIR SPLENDOR WATCH STAINLESS STEEL AUTOMATIC MOVEMENT (NO BAND) (POOR QUALITY) MAYFAIR SPLENDOR WATCH FACE;

ONE (1) GENTS FOSSIL WATCH NO DIAL, NO CRYSTAL (POOR QUALITY) (NO BAND) (NO VALUE);

ONE (1) YELLOW FURTURA QUARTZ WATCH (NO BAND) MODEL #2568;

ONE (1) GENTS WALTHAM WRISTWATCH WHITE TONE IMITATION STONES IN DIAL (POOR QUALITY) (NO VALUE) (NO BAND);

ONE (1) GENTS WHITE TONE WRISTWATCH LORGINE (POOR QUALITY) (NO BAND) (NO VALUE);

ONE (1) GENTS 14KT. YELLOW GOLD BAUME MERCIER GENEVE WRISTWATCH, ROUND SHAPE, GOLD DIAL, BLACK LEATHER STRAP (FAIR QUALITY);

ONE (1) GENTS TAG HEUER PROFESSIONAL MODEL RATED 200 METERS STAINLESS STEEL & 18KT. MODEL #7982-H976-A (GOOD QUALITY);

ONE (1) GOLD AND SILVER IN COLOR ROLEX WATCH , APPRAISED ON 12/9/13, VALUED AT $5500 (STAINLESS STEEL AND 14KT. YELLOW GOLD GENTS ROLEX OYSTER PERPETUAL DATE WRISTWATCH, JUBILEE BAND, MOTHER OF PEARL DIAL WITH DIAMOND MARKERS, DIAMOND BEZEL, MODEL #15053, S/N 8860733;

ONE (1) GOLD IN COLOR ROLEX OYSTER WATCH, APPRAISED ON 12/9/13, VALUED AT $15,000. (18K YELLOW

GOLD GENT'S ROLEX OYSTER PERPETUAL DAY DATE
WRISTWATCH, MODEL #18238, S/N L6600177, PRESIDENTIAL
BAND;

ONE (1) GOLD IN COLOR ROLEX WATCH (MONDAY)
APPRAISED ON 12/9/13, VALUED AT $8250. (18KT YELLOW
GOLD GENTS ROLEX OYSTER PERPETUAL DAY DATE
WRISTWATCH, PRESIDENTIAL BAND W/ TEXTURED FINISH,
WOOD GRAIN DIAL, MODEL S/N 6154420.);

ONE (1) ROLEX FACE W/ TEN SAPPHIRE LIKE STONES
APPRAISED ON 12/9/13, VALUED AT $1100. (19.8 MM MOTHER
OF PEARL STYLED ROLEX OYSTER PERPETUAL DATE JUST
DIAL, BLUE SAPPHIRE MARKERS.);

ONE (1) ROLEX FACE W/ TEN CLEAR STONES APPRAISED ON
12/9/13, VALUED AT $750. (19.8 MM SILVER COLORED ROLEX
DATEJUST DIAL, DIAMOND MARKERS, ROLEX NAME
INSCRIBED FINISH);

ONE (1) GOLD ROLEX FACE W/ CLEAR STONES ON TOP
APPRAISED ON 12/9/13, VALUED AT $750. (19.8 MM SILVER
COLORED ROLEX OYSTER PERPETUAL DATEJUST DIAL,
DIAMOND MARKERS);

ONE (1) GOLD IN COLOR ROLEX (12) APPRAISED ON 12/9/13,
VALUED AT $8500. ( 18K YELLOW GOLD GENT'S ROLEX
OYSTER PERPETUAL DAY DATE WRISTWATCH,
CHAMPAGNE DIAL PRESIDENTIAL BAND, MODEL #L18238,
S/N L509304);

ONE (1) SILVER IN COLOR ROLEX "DATEJUST" WATCH W/
DIAMOND LIKE STONES APPRAISED ON 12/9/13, VALUED AT
$4000. (STAINLESS STEEL GENT'S ROLEX DATEJUST
WRISTWATCH, DIAMOND BEZEL, DIAMOND MARKERS,
ROLEX NAME INSCRIBED DIAL, MODEL #17000, S/N 5579064,
11 JEWEL BATTERY MOVEMENT);

ONE (1) SILVER IN COLOR ROLEX (8) APPRAISED ON 12/9/13,
VALUED AT $6000. (STAINLESS STEEL GENT'S ROLEX

OYSTER PERPETUAL DATEJUST WRISTWATCH, JUBILEE
BAND, WHITE DIAL W/ ROMAN NUMERAL MARKERS,
MODEL #16234, S/N T663560);

ONE (1) SILVER IN COLOR CARTIER WATCH APPRAISED ON
12/9/13, VALUED AT $5500. (STAINLESS STEEL LADIES
CARTIER WRISTWATCH, TWO ROW DIAMOND BEZEL AND
CASE, SAPPHIRE CROWN, CASE #624332 UF 1320, FOUR
JEWEL QUARTZ 157 MOVEMENT);

ONE (1) GOLD IN COLOR ROLEX (5), APPRAISED ON 12/9/13,
VALUED AT $10,200. (18K YELLOW GOLD LADIES ROLEX
OYSTER PERPETUAL DATEJUST WRISTWATCH,
PRESIDENTIAL BAND, WHITE DIAL WITH ROMAN
NUMERALS, MODEL #69178, S/N S149192);

ONE (1) GOLD & SILVER COLOR ROLEX APPRAISED ON
12/9/13, VALUED AT $4200. (GENT'S STAINLESS STEEL
ROLEX OYSTER QUARTZ, DATEJUST WRISTWATCH, MODEL
#17013A, S/N K430297, CHAMPAGNE DIAL);

ONE (1) GOLD IN COLOR ROLEX W/ DIAMOND LIKE STONE
ON FACE, W/ GREEN BACKING APPRAISED ON 12/9/13,
VALUED AT #33,000. (18K YELLOW GOLD GENT'S ROLEX
OYSTER PERPETUAL DAY DATE WRISTWATCH, DIAMOND
BEZEL, DIAMOND LUGS, MODEL #118338, S/N K553281,
MOTHER OF PEARL DIAL, DIAMOND MARKERS,
PRESIDENTIAL BAND);

ONE (1) TWO-TONE LADIES SEIKO LEATHER STRAP BAND
SN: 641510 MODEL #7N82-6D09 (GOOD QUALITY);

ONE (1) LADIES SEIKO STAINLESS STEEL LEATHER STRAP
BAND (GOOD QUALITY) SN: 641510, MODEL #7N82-6D09);

ONE (1) GENTS YELLOW TONE PIERRE CARDIN (FAIR
QUALITY) (NO SN) (NO MODEL);

ONE (1) LADIES JOAN RIVERS CLASSIS WRISTWATCH
STRETCH BAND (NO SN OR MODEL #) (POOR QUALITY);

11

ONE (1) LADIES WHITE TONE FOREVER WRISTWATCH LEATHER STRAP (POOR QUALITY) (NO SN OR M);

ONE (1) GENTS STAINLESS STEEL SEIKO KONETIC ARCTURA WRISTWATCH (GOOD QUALITY) SN: 813996, MODEL #5M42-0E39;

ONE (1) GENTS 14 KT. YELLOW GOLD & STAINLESS STEEL OMEGA SEA MASTER WRISTWATCH (FAIR QUALITY) SN: 54017131;

ONE (1) LADIES YELLOW TONE SEIKO WRISTWATCH SN: 508198, MODEL #1N00-1D09. (GOOD QUALITY);

ONE (1) LADIES TWO-TONE SEIKO SPORTS 50 WRISTWATCH (GOOD QUALITY) SN: 612295 MODEL #7N82-6C60;

ONE (1) LADIES YELLOW TONE SEIKO WRISTWATCH (GOOD QUALITY) SN: 502533 MODEL #4N00-6739;

ONE (1) GENTS HANNES WETTSTEIN DESIGN STAINLESS STEEL VENTURA V-TRONIC WRISTWATCH WITH SAPPHIRE CRYSTAL (NO SN OR M #);

ONE (1) GENTS TWO-TONE SEIKO KINETIC WATCH LEATHER STRAP (GOOD QUALITY) SN: 454861, MODEL #5M23-6B70;

ONE (1) LADIES YELLOW TONE SEIKO WRISTWATCH (GOOD QUALITY) SN: 5N1022, MODEL #1N00-1D09;

ONE (1) LADIES YELLOW TONE SEIKO WRISTWATCH (GOOD QUALITY) SN: 650079, MODEL #4N00-6739;

ONE (1) SILVER AND GOLD COLORED ROLEX WATCH APPRAISED ON 12/9/13, VALUED AT $6000. (14K YELLOW GOLD AND STAINLESS STEEL GENT'S ROLEX OYSTER PERPETUAL DATEJUST WRISTWATCH CHAMPAGNE "LINED" DIAL, JUBILEE BAND, MODEL #16233, S/N E771739);

ONE (1) LADIES YELLOW TONE SUSAN LUCCI WRISTWATCH (IMITATION STONES) (FAIR QUALITY) (NO SN OR M#);

ONE (1) LADIES STAINLESS STEEL EBEL WRISTWATCH BELEGA (GOOD QUALITY) SN: 41512298, MODEL #E9976411;

ONE (1) LADIES STAINLESS STEEL EBEL WRISTWATCH CLASSIC WAVE (GOOD QUALITY) SN: 55511584, MODEL #E9157F12;

ONE (1) GENTS STAINLESS STEEL HIDALGO WRISTWATCH LEATHER STRAP SAPPHIRE CRYSTAL WITH DIAMOND BEZEL (GOOD QUALITY) (NO SN OR M#);

ONE (1) GENTS YELLOW TONE HAMILTON WRISTWATCH LEATHER STRAP (FAIR QUALITY) (NO SN OR M#) (ENGRAVED 1948 ON CASE BACK);

ONE (1) LADIES YELLOW TONE AUGUSTE REYMOND WRISTWATCH LEATHER STRAP SAPPHIRE CRYSTAL (GOOD QUALITY) SN: 417060, M: NONE;

ONE (1) LADIES YELLOW TONE SEIKO WRISTWATCH (GOOD QUALITY) SN: 680515, MODEL #4N00-1279;

ONE (1) GENTS STAINLESS STEEL SEIKO WRISTWATCH (GOOD QUALITY) SN: 751057, MODEL #5M42-0E39;

ONE (1) LADIES YELLOW TONE SEIKO WRISTWATCH (GOOD QUALITY) SN: 790472, MODEL #1N01-5C09;

ONE (1) LADIES YELLOW TONE SEIKO WRISTWATCH (GOOD QUALITY) SN: 510320, MODEL #4N00-1279;

ONE (1) GENTS YELLOW TONE OMEGA ELECTRONIC WRISTWATCH (POOR QUALITY) (NO SN OR M#);

ONE (1) LADIES STAINLESS STEEL & PLASTIC KINETIC WRISTWATCH (GOOD QUALITY) MODEL #3M22-0D87;

ONE (1) LADIES STAINLESS STEEL & PLASTIC SEIKO KINETIC WRISTWATCH (GOOD QUALITY) SN: 720540, MODEL #3M22-0D49;

ONE (1) LADIES STAINLESS STEEL SEIKO KINETIC WRISTWATCH (GOOD QUALITY) SN: 613378, MODEL #3M0B69;

ONE (1) LADIES YELLOW TONE SEIKO WRISTWATCH (GOOD QUALITY) SN: 661952, MODEL #1N00-6F49;

ONE (1) LADIES YELLOW TONE SEIKO WRISTWATCH LEATHER STRAP (GOOD QUALITY) SN: 309125, MODEL #1N00-0959;

ONE (1) GENTS YELLOW TONE SEIKO WRISTWATCH (FAIR QUALITY) SN: 430421, MODEL #H801-6098;

9)      CATS# 14-FBI-006078 -  ONE (1) PAIR OF 10 KT. YELLOW GOLD DIAMOND EARRINGS CONTAINING TEN .02 CT. SINGLE CUT DIAMONDS;

ONE (1) PLATINUM 3 STONE DIAMOND ENGAGEMENT RING CONTAINING TWO APPROXIMATE .45 CT. PRINCESS CUT SIDE DIAMONDS AND  ONE 1.00 CT. PRINCESS CUT DIAMOND CENTER STONE, SI1 F;

ONE (1) 18 KT. YELLOW GOLD AND PLATINUM DIAMOND ENGAGEMENT RING CONTAINING ONE APPROXIMATE 1.00 CT. ROUND BRILLIANT CUT CENTER DIAMOND VS1 H AND TWO .14 CT. TAPERED DIAMOND BAGUETTES, (1.28 CT. TW) (LASER INSCRIPTION #685720);

ONE (1) LADIES 10 KT. YELLOW GOLD SAPPHIRE & DIAMOND RING CONTAINING EIGHT .005 CT. SINGLE CUT DIAMONDS & ONE 6 X 3 MM MARQUISE SAPPHIRE CENTER;

ONE (1) 14 KT. YELLOW GOLD GENTS SIGNET RING, 8.5 DWT;

14

ONE (1) LADIES 14 KT. YELLOW GOLD FIVE ROW DIAMOND RING, 7.5 DWT, CONTAINING FIFTY-FIVE ROUND AND STRAIGHT BAGUETTES, APPROXIMATELY 3.00 CT TW, I1 H-I;

ONE (1) LADIES 14 KT. TWO-TONE GOLD, 5 DWT. WEDDING BAND CONTAINING FIVE .25 CT. DIAMONDS, I1 G-H;

ONE (1) 14 KT. YELLOW GOLD GENTS CHANNEL SET DIAMOND WEDDING BAND CONTAINING TWENTY-FIVE 1.00 CT. TW, VS2 – SI1 G-H;

ONE (1) 14 KT. WHITE GOLD GENTS BEZEL SET DIAMOND BAND CONTAINING APPROXIMATELY .45 CT. ROUND BRILLIANT CUT DIAMOND, 5.5 DWT, SI2 G-H;

ONE (1) 14 KT. YELLOW GOLD 17" WOVEN MESH 14 MM CHAIN, 17 DWT;

ONE (1) 14 KT. YELLOW GOLD GENTS 6 MM CARVED FINISH WEDDING BAND;

ONE (1) STERLING SILVER AND 18 KT. YELLOW GOLD CABLE HINGED BANGLE BRACELET CONTAINING FOUR 6 X 4 MM OVAL GARNETS;

ONE (1) 18" STRAND OF 7-7 ½ MM FRESHWATER PEARLS WITH A 14 KT. YELLOW GOLD PEARL CLASP ($50.00).   (2)

ONE 14 KT. YELLOW GOLD PEARL AND DIAMOND STUD EARRING CONTAINING A 6.75 MM PEARL AND ONE .02 CT. FULL CUT DIAMOND ($50.00);

ONE (1) PAIR OF 14 KT. YELLOW GOLD PIERCED LEVER BACK DANGLE AMETHYST EARRINGS CONTAINING TWO 8 X 5 MM PEAR SHAPED AMETHYST'S;

ONE (1) STERLING SILVER AND 18 KT. YELLOW GOLD RING;

ONE (1) 18" STRAND OF 6 ½ - 7 MM AKOYA PEARLS WITH 14 KT. YELLOW GOLD PEARL CLASP;

ONE (1) 18 KT. TWO-TONE SIX PRONG SOLITAIRE
MOUNTING (NO CENTER STONE), 3.5 DWT;

ONE (1) 18 KT. WHITE GOLD GREEN TOURMALINE AND
DIAMOND RING CONTAINING EIGHT APPROXIMATE .06 CT.
FULL CUT DIAMONDS, .50 CT T.W.,  I1 G-H  AND ONE 12.2 X
8.6 X 5.6 MM EMERALD CUT GREEN TOURMALINE, 7.0 DWT;

ONE (1) 14 KT. YELLOW GOLD PAIR OF PIERCED TANZANITE
AND DIAMOND EARRINGS CONTAINING TWENTY-FOUR .01
SINGLE CUT DIAMONDS, I1 G-H AND TWO 5 X 3 MM OVAL
TANZANITE'S;

ONE (1) 18 KT. YELLOW GOLD TENSION SET SOLITAIRE
ENGAGEMENT RING CONTAINING ONE APPROXIMATE 1.11
CT. ROUND BRILLIANT CUT DIAMOND, VS1 G, (LASER
INSCRIPTION #179457 USA);

ONE (1) PLATINUM AND 18 KT. YELLOW GOLD LADIES
EMERALD AND DIAMOND RING CONTAINING TWENTY-
FOUR ROUND FULL CUT DIAMONDS .75 CT TW, 6 DWT., SI1
G-H AND ONE APPROXIMATE 2.50 CT EMERALD CUT
EMERALD, 8.6 X 7.6 X 5.8 MM, (FINE ONE CLARITY – LIGHT
BLUISH GREEN COLOR);

ONE (1) 14 KT. WHITE GOLD 18" BEZEL SET DIAMOND
PENDANT CONTAINING ONE APPROXIMATE 1.00 CT ROUND
BRILLIANT CUT DIAMOND, SI1 G;

ONE (1) 18 KT. YELLOW GOLD 2.75 MM BAND RING WITH
CORAL COLORED ENAMEL FINISH;

ONE (1) 14 KT. YELLOW GOLD COIN/MEDALLION PENDANT
(NO CHAIN) 1.5 DWT;

ONE (1) 14 KT. WHITE GOLD HEART SHAPED PINK SAPPHIRE
AND DIAMOND PENDANT CONTAINING TEN 2 MM ROUND
PINK SAPPHIRES AND EIGHT .0025 CT. SINGLE CUT
DIAMONDS;

ONE (1) 18 KT. WHITE GOLD LADIES HEART SHAPED CARVED FINISH RHODOLITE GARNET AND DIAMOND RING CONTAINING APPROXIMATE .75 CT T.W. FULL CUT DIAMONDS, SI2 H, 4 DWT. AND ONE 9 X 9 MM HEART SHAPED RHODOLITE GARNET;

ONE (1) 18 KT. YELLOW GOLD OCTAGON SHAPED COIN PENDANT CONTAINING EIGHT .02 CT. FULL CUT DIAMONDS, SI1 G-H;

ONE (1) PAIR OF 18 KT. YELLOW GOLD AND PLATINUM ASSCHER CUT DIAMOND STUD EARRINGS AND JACKETS CONTAINING TWO APPROXIMATE 2.50 CT ASSCHER CUT DIAMONDS, VS1 G AND ONE PAIR OF 18 KT. YELLOW GOLD PAVE YELLOW DIAMOND EARRING JACKETS CONTAINING APPROXIMATE 2.00 CT TW, SI1 FANCY YELLOW COLOR;

ONE (1) PLATINUM SIX PRONG SOLITAIRE DIAMOND ENGAGEMENT RING CONTAINING 1.05 CT ROUND BRILLIANT CUT DIAMOND, VS2 G-H, (LASER INSCRIPTION #817334 USA);

ONE (1) 14 KT. YELLOW GOLD PERIDOT AND DIAMOND RING, 6.5 DWT, CONTAINING TWO .05 CT FULL CUT DIAMONDS, VS2 - SI1 G-H AND ONE 13 X 11 MM OVAL PERIDOT;

ONE (1) 14 KT. WHITE GOLD LADIES DIAMOND AND TANZANITE RING, 5.0 DWT., EIGHT APPROXIMATE .09 CT. FULL CUT DIAMONDS, SI1 – SI2 G-H, AND ONE APPROXIMATE 2.30 CT. PEAR SHAPE TANZANITE, 7.7 X 11.0 X 5. MM, PURPLISH BLUE IN COLOR;

ONE (1) 18 KT. WHITE GOLD DIAMOND BAND RING BLUE ENAMEL FINISH CONTAINING SEVEN APPROXIMATE .005 CT FULL CUT DIAMONDS;

ONE (1) PAIR OF 18 KT. YELLOW GOLD PIERCED LOOP
DIAMOND AND BLUE ENAMEL FINISH EARRINGS
CONTAINING TWENTY .005 CT. FULL CUT DIAMONDS;

ONE (1) 18 KT. WHITE GOLD DIAMOND AND GREENISH
ENAMEL BAND 5.5 MM, 4 DWT., CONTAINING THREE .005 CT.
FULL CUT DIAMONDS;

ONE (1) 18 KT. WHITE GOLD HEART SHAPED DIAMOND
PENDANT WITH RED ENAMEL FINISH CONTAINING
TWENTY-SEVEN APPROXIMATE .01 CT. FULL CUT
DIAMONDS, VS2 - SI1 G – H, 3 DWT;

ONE (1) 19" SIX STRAND 4MM RUBY RONDEL NECKLACE
WITH HEAVY 14 KT. YELLOW GOLD CLASP WITH RED
ENAMEL;

ONE (1) 18 KT. WHITE GOLD 6 MM DIAMOND BAND RING
WITH RED AND BLUE ENAMEL FINISH, CONTAINING
TWENTY-SIX APPROXIMATE 01 CT. FULL CUT DIAMONDS,
VS2 G-H, 2.5 DWT;

ONE (1) 18 KT. WHITE GOLD 15" BALL CHAIN DIAMOND
PENDANT WITH BLUE ENAMEL TRIM AND 18 KT. WHITE
GOLD TEARDROP PENDANT WITH BLUE ENAMEL FINISH
CONTAINING FORTY-FIVE APPROXIMATE .01 CT. FULL CUT
DIAMONDS, 2.5 DWT;

ONE (1) 18 KT. WHITE GOLD 4 MM DIAMOND BAND RING
WITH RED ENAMEL FINISH CONTAINING SEVENTEEN .01 CT
FULL CUT DIAMONDS, 2.5 DWT;

ONE (1) 18 KT. WHITE GOLD BANGLE STYLED DIAMOND
BRACELET, 13.5 DWT., BLUE ENAMEL FINISH CONTAINING
APPROXIMATE .01 CT. FULL CUT DIAMONDS;

ONE (1) 18" FIVE STRAND OVAL SHAPED AMETHYST BEAD
NECKLACE WITH HEAVY STERLING SILVER CLASP WITH
PURPLE ENAMEL FINISH;

ONE (1) 18 KT. WHITE GOLD 16" "BOLO" STYLE DIAMOND
DANGLE HEART NECKLACE, 10 DWT., CONTAINING THIRTY-
SIX APPROXIMATE .015 CT. FULL CUT DIAMONDS, SI2 G-H;

ONE (1) 18 KT. WHITE GOLD FLEXIBLE DIAMOND BANGLE
BRACELET, 18 DWT., CONTAINING FIFTY-NINE
APPROXIMATE .015 CT. FULL CUT DIAMONDS, SI1 G-H;

ONE (1) 16" PLATINUM CABLE CHAIN WITH FIVE FLOWER
DIAMOND PENDANT CONTAINING .66 CT TW DIAMONDS,
VS1 G;

ONE (1) 14 KT. YELLOW GOLD TEARDROP SHAPED
DIAMOND PENDANT, MULTICOLORED ENAMEL FINISH
CONTAINING NINE 01 CT. FULL CUT DIAMONDS, SI1 G-H;

TWO (2) 18 KT. YELLOW GOLD 2MM CARVED WEDDING
BANDS, 3.5 DWT;

ONE (1) 18 KT. WHITE GOLD 8 MM OVAL DIAMOND BAND
RING WITH BLUE AND GREEN ENAMEL FINISH CONTAINING
THIRTY-SIX APPROXIMATE .01 CT. FULL CUT DIAMONDS,
SI1 G-H, 4 DWT;

ONE (1) 14 KT YELLOW GOLD 7" 7 MM FLEXIBLE OMEGA
BRACELET WITH CARVES FINISH;

ONE (1) 18 KT. YELLOW GOLD TEARDROP SHAPED
DIAMOND PENDANT WITH RED ENAMEL FINISH
CONTAINING NINE .005 CT. FULL CUT DIAMONDS;

ONE (1) 18 KT. YELLOW GOLD 2MM BAND RING WITH
BLACK ENAMEL CENTER, 1.5 DWT;

ONE (1) 18 KT. YELLOW GOLD 2 MM BAND RING WITH
BLACK ENAMEL CENTER;

ONE (1) 18 KT. YELLOW GOLD 16" BEAD CHAIN WITH 18 KT.
YELLOW GOLD HEART SHAPED DIAMOND PENDANT WITH

RED ENAMEL FINISH, CONTAINING ONE APPROXIMATE .03 CT FULL CUT DIAMOND, VS2 G-H, 5.5 DWT;

ONE (1) 18 KT. 5.5 MM DIAMOND BANGLE BRACELET WITH RED ENAMEL FINISH CONTAINING SIX .02 CT. FULL CUT DIAMONDS AND SIX .01 CT. FULL CUT DIAMONDS, VS2 G-H;

ONE (1) 14 KT. YELLOW GOLD HEART SHAPED PENDANT WITH RED ENAMEL FINISH;

TWO (2) 18 KT. WHITE GOLD 2 MM BAND RINGS WITH BEAD FINISH, 3.75 CT;

18 KT. WHITE GOLD 7 ¼" MARQUISE SHAPED DIAMOND LINK BRACELET CONTAINING SEVENTY .01 CT. FULL CUT BLUE DIAMONDS, SI2 IRRADIATED BLUE COLOR, ONE-HUNDRED THIRTY-EIGHT .01 CT. FULL CUT DIAMONDS, SI2 G-H, 14 DWT;

ONE (1) 18 KT. WHITE GOLD 5 MM DIAMOND BAND RING WITH BLUE ENAMEL FINISH CONTAINING SIX .02 CT. FULL CUT DIAMONDS AND NINE .005 CT. FULL CUT DIAMONDS, 3.75 DWT;

ONE (1) 18 KT. YELLOW GOLD 2 MM CARVED WEDDING BAND, 3.5 DWT;

ONE (1) 18 KT. WHITE GOLD DIAMOND BAND RING WITH BLUE ENAMEL FINISH, 5 DWT., CONTAINING FIFTEEN .005 CT. FULL CUT DIAMONDS AND THREE .03 CT. FULL CUT DIAMONDS, SI1 G-H;

ONE (1) PAIR OF 22 KT. YELLOW GOLD PIERCED OR CLIP AND/OR PENDANT CONTAINING TWO 18 X 13 MM OVAL CABOCHON MOBE' PEARL EARRINGS, 12.5 DWT;

ONE (1) 18 KT. WHITE GOLD 7" SAPPHIRE AND RUBY BRACELET, 10 DWT., CONTAINING TWENTY-SEVEN 3 MM ROUND WHITE SAPPHIRES, TWENTY-SEVEN 2.75 MM SQUARE RUBIES;

ONE (1) 22 KT. YELLOW GOLD LADIES SWIRL DESIGN
BUTTON PEARL RING CONTAINING ONE  16 MM SOUTH SEA
PEARL , 13 DWT;

ONE (1) PAIR OF 18 KT. WHITE GOLD PIERCED CLIP BACK
PAVE' DIAMOND EARRINGS, 9.5 DWT., CONTAINING FIFTY-
TWO APPROXIMATE .02 CT FULL CUT DIAMONDS, SI1 G-H;

ONE (1) 18 KT. WHITE GOLD 17" BLUE TOPAZ NECKLACE, 17
DWT., CONTAINING TWELVE 5 MM ROUND BLUE TOPAZ
AND EIGHT 5 MM SQUARE CUT BLUE TOPAZ;

ONE (1) 18 KT. WHITE GOLD 16" "BOLO" STYLED PEARL AND
DIAMOND NECKLACE, 12 DWT, CONTAINING TWENTY-
SEVEN .03 CT. FULL CUT DIAMONDS, SI1 G-H, ONE 9.5 MM
GREY SOUTH SEA PEARL AND ONE 9.5 MM WHITE SOUTH
SEA PEARL;

ONE (1) PAIR OF 18 KT. WHITE GOLD PIERCED CLIP BACK
HEART SHAPED DIAMOND EARRINGS CONTAINING
TWENTY-SIX .015 CT. FULL CUT DIAMONDS, 5.5 DWT;

ONE (1) 18 KT. WHITE GOLD 18" WHITE GOLD CROSS
DIAMOND PENDANT CONTAINING FOURTEEN .02 CT. FULL
CUT DIAMONDS, SI1 G-H, 10.5 DWT;

ONE (1) 18 KT. YELLOW GOLD BLUE TOPAZ AND DIAMOND
ENHANCER STYLED PENDANT, 7.5 DWT., CONTAINING
TWENTY-EIGHT .02 CT. FULL CUT DIAMONDS, SI1 – SI2 G-H
AND ONE 14 X 10 MM EMERALD CUT BLUE TOPAZ;

ONE (1) 18 KT. WHITE GOLD 16" SNAKE CHAIN WITH 18 KT.
WHITE GOLD ELONGATED DROP PAVE' DIAMOND
PENDANT CONTAINING APPROXIMATELY 1.34 CT T.W., SI1
G-H, 8.5 DWT;

ONE (1) 18 KT. WHITE GOLD LADIES DANGLE STYLE
DIAMOND PIERCED CLIP STYLE EARRING (1) CONTAINING
SEVENTY-SEVEN .01 CT. FULL CUT DIAMONDS, SIX .05 CT.

FULL CUT DIAMONDS AND TWO .10 CT. FULL CUT
DIAMONDS, 3.5 DWT. (MATE IS 1B120);

ONE (1) 18 KT. WHITE GOLD OFFSET DESIGN DIAMOND
RING, 4 DWT., CONTAINING SIXTEEN .015 CT. FULL CUT
DIAMONDS AND TWO .28 CT. MARQUISE CUT DIAMONDS,
VS1 - SI1 G-H;

ONE (1) 18 KT. WHITE GOLD LADIES CONTEMPORARY
STYLED DIAMOND NECKLACE, 32 DWT.  CONTAINING 9.50
CT. T.W. OF FULL CUT DIAMONDS, ALL OF WHICH
AVERAGE VS2 – SI1 G-H;

ONE (1) 17" 22 KT. YELLOW GOLD AND 5.5 MM STAINLESS
STEEL SNAKE CHAIN WITH 22 KT. YELLOW GOLD CARVED
RONDELS AND 22 KT. YELLOW GOLD END CAPS AND
CLASP;

ONE (1) 18 KT. WHITE GOLD CONTEMPORARY STYLED
SAPPHIRE AND DIAMOND RING, 8 DWT, TWENTY FULL CUT
DIAMONDS APPROXIMATELY 1.00 CT. T.W., VS2 – SI1 G-H
AND ONE APPROXIMATE 1.90 CT. ROUND PAVE' BLUE
SAPPHIRE BACKGROUND;

ONE (1) 18 KT. WHITE GOLD 4.00 CT. T.W. DIAMOND
NECKLACE, 19 DWT., VS2 – SI1 G-H;

ONE (1) 18 KT. WHITE GOLD 15" CONTEMPORARY DESIGN
DIAMONDS NECKLACE, 29 DWT., CONTAINING THREE-
HUNDRED THIRTY-THREE FULL CUT ROUND DIAMONDS,
ELEVEN APPROXIMATE .10 CT. FULL CUT DIAMONDS, 4.50
CT. T.W. VS2 – SI1 G-H;

ONE (1) PAIR OF 22 KT. YELLOW GOLD PIERCED LOOP
DANGLE OPAL EARRINGS, CONTAINING TWO 5MM ROUND
OPAL DOUBLETS, 5.5 DWT;

ONE (1) 18 KT. WHITE GOLD 18.5" LADIES DIAMOND
NECKLACE, 11.5 DWT., CONTAINING EIGHTY-EIGHT .005 CT.
FULL CUT DIAMONDS, FOUR .05 CT. FULL CUT DIAMONDS,

FOUR .05 CT. FULL CUT DIAMONDS, AND NINE .10 CT. FULL CUT DIAMONDS, VS2 – SI1;

ONE (1) 18 KT. WHITE GOLD CONTEMPORARY STYLED DANGLE DIAMOND EARRING (1), 3.5 DWT., EIGHTY .005 CT FULL CUT DIAMONDS AND THREE .10 CT. FULL CUT DIAMONDS, VS2 – SI1 G-H. (MATE 1B121);

ONE (1) 18 KT. WHITE GOLD PAIR OF PIERCED CLIP DIAMOND AND SAPPHIRE EARRINGS, CONTAINING THIRTY-SIX 1.20 CT. T.W. FULL CUT DIAMONDS AND 2.75 CT. T.W. PAVE' BLUE SAPPHIRE BACKGROUND, 10 DWT. (MATE 1B112);

ONE (1) 18 KT. YELLOW GOLD 16" DIAMOND NECKLACE CONTAINING SEVENTEEN ROUND FULL CUT DIAMONDS APPROXIMATELY 2.00 CT. T.W., 28 DWT., VS2 – SI1 G-H, 28 DWT;

ONE (1) 18 KT. WHITE GOLD LADIES PIERCED CLIP DESIGN DANGLE STYLE DIAMOND EARRING (1) CONTAINING SEVENTY-SEVEN .01 CT. FULL CUT DIAMONDS, SIX .05 CT. FULL CUT DIAMONDS AND TWO .10 CT. FULL CUT DIAMONDS, 3.5 DWT. (MATE 1B108);

ONE (1) 18 KT. WHITE GOLD CONTEMPORARY STYLED DANGLE DIAMOND EARRING(1), 3.5 DWT., CONTAINING EIGHTY .005 CT. FULL CUT DIAMONDS AND THREE .10 CT. FULL CUT DIAMONDS, VS2 – SI1 G-H. (MATE 1B117);

ONE (1) 18 KT. WHITE GOLD DANGLE DIAMOND EARRINGS, 5 DWT., CONTAINING TWENTY .005 CT. FULL CUT DIAMONDS AND FOURTEEN .08 T. FULL CUT DIAMONDS, VS2 – SI1 G-H;

ONE (1) 18 KT. WHITE GOLD 17" DIAMOND NECKLACE CONTAINING ONE-HUNDRED NINETEEN .005 CT. FULL CUT DIAMONDS, FOUR .05 CT. FULL CUT DIAMONDS AND NINETEEN APPROXIMATE .10 CT. FULL CUT DIAMONDS, VS2 – SI1 G-H, 12.5 DWT;

ONE (1) 18 KT. WHITE GOLD WIRE CHOKER STYLE
DIAMOND NECKLACE CONTAINING NINETY-SIX .015 CT.
FULL CUT DIAMONDS, TWO .05 CT. FULL CUT DIAMONDS,
TWO .08 CT FULL CUT DIAMONDS AND TWELVE .20 CT.
MARQUISE CUT DIAMONDS, VS2 – SI1 G-H, 9 DWT;

ONE (1) STERLING SILVER AND 14 KT. YELLOW GOLD BLUE
TOPAZ RING CONTAINING ONE 7 MM SQUARE
CHECKERBOARD CUT BLUE TOPAZ;

ONE (1) 14 KT. YELLOW GOLD ENGAGEMENT RING WITH
MATCHING BAND, 4 DWT., CONTAINING SIX .04 CT.
TAPERED DIAMOND BAGUETTES (NO CENTER STONE);

ONE (1) 14 KT. YELLOW GOLD DIAMOND ENGAGEMENT
RING CONTAINING EIGHT .02 CT FULL CUT DIAMONDS, SIX
.05 CT. TAPERED DIAMOND BAGUETTES, SI1 G-H, 3 DWT.
(NO CENTER STONE);

ONE (1) 18 KT. YELLOW GOLD 2.75 MM CARVED BAND RING
WITH GREEN ENAMEL FINISH, 2 DWT;

TWO (2) 18 KT. YELLOW GOLD 2 MM BAND RINGS WITH
CARVED FINISH, 2 DWT ($112.50 EACH);

ONE (1) PAIR 18 KT. YELLOW GOLD PIERCED CLIP DIAMOND
EARRINGS WITH GREEN ENAMEL FINISH, 9 DWT.,
CONTAINING FIFTY .01 CT. FULL CUT DIAMONDS, VS2 – SI1
G-H;

ONE (1) 18 KT. WHITE GOLD DIAMOND BAND RING WITH
BLUE ENAMEL FINISH, CONTAINING SEVENTEEN .02 CT.
FULL CUT DIAMONDS, VS2 – SI1 G-H, 2.5 DWT;

ONE (1) PLATINUM LADIES DIAMOND ENGAGEMENT RING
WITH 18 KT. YELLOW GOLD TRIM, 7.5 DWT., CONTAINING
FOUR .08 CT. TAPERED DIAMOND BAGUETTES AND TWO .12
CT. MARQUISE CUT DIAMONDS, VS2 – SI1 G-H (NO CENTER
STONE);

ONE (1) PLATINUM LADIES DIAMOND ENGAGEMENT RING, 4 DWT., CONTAINING TEN APPROXIMATE .05 CT FULL CUT DIAMONDS, VS2 – SI1 G-H, (NO CENTER STONE);

ONE (1) 14 KT. YELLOW GOLD GARNET AND DIAMOND RING CONTAINING TWO 6 MM HEXAGON CUT GARNETS AND FOUR .01 CT. FULL CUT DIAMONDS, 2 DWT;

ONE (1) 14 KT. YELLOW GOLD SAPPHIRE AND DIAMOND RING, 1.5 DWT., CONTAINING EIGHT .005 CT. SINGLE CUT DIAMONDS AND ONE 6 X 3 MM MARQUISE CUT BLUE SAPPHIRE;

ONE (1) 14 KT. YELLOW GOLD 7" "X" LINK GOLD BRACELET, 6 DWT;

ONE (1) 14 KT. WHITE GOLD BLUE TOPAZ AND DIAMOND RING, 3 DWT., CONTAINING SIXTEEN .01 CT. FULL CUT DIAMONDS, I1 G-H AND ONE 6 X 6 MM HEART SHAPED BLUE TOPAZ;

ONE (1) 14 KT. YELLOW GOLD LADIES RUBY AND DIAMOND RING, 2.5 DWT., CONTAINING TWO APPROXIMATE .0025 CT. SINGLE CUT DIAMONDS AND ONE 8 X 4 MM MARQUISE CUT RUBY (COMMERCIAL GRADE);

ONE (1) PAIR 14 KT. YELLOW GOLD GENTS CUFF LINKS, 6 DWT;

ONE (1) PAIR OF 14 KT. YELLOW GOLD DANGLE GOLD EARRINGS, 1 DWT;

ONE (1) 10 KT. YELLOW GOLD GENTS NUGGET STYLE DIAMOND RING, 6.5 DWT., CONTAINING THREE .02 CT. SINGLE CUT DIAMONDS AND ONE .12 CT. FULL CUT DIAMOND, SI1 G-H (TWO STONES MISSING);

ONE (1) 14 KT. YELLOW GOLD LADIES CONTEMPORARY STYLE GOLD RING, 5 DWT;

25

ONE (1) 18 KT. WHITE GOLD LADIES 5 MM DIAMOND BAND
RING WITH BLACK ENAMEL FINISH, CONTAINING TEN .02
CT. FULL CUT DIAMONDS, SI2 G-H, 3 DWT;

ONE (1) 18 KT. WHITE GOLD LADIES 4 MM BAND RING WITH
GREEN ENAMEL FINISH, CONTAINING SEVENTEEN .02 CT
FULL CUT DIAMONDS;

ONE (1) 14 KT. WHITE GOLD 17" 9 MM MESH CHAIN, 22 DWT.
($1650.00). (2) ONE 14 KT. WHITE GOLD 7" MATCHING
BRACELET, 11 DWT. ($825.00);

ONE (1) PAIR OF 14 KT. YELLOW GOLD CLIP PIERCED
INLAYED DOUBLET OPAL AND DIAMOND EARRINGS, 5
DWT., CONTAINING SIX APPROXIMATE .03 CT. FULL CUT
DIAMONDS, I1 G-H;

ONE (1) 14 KT. WHITE GOLD PAIR OF PIERCED HEART
SHAPED DIAMOND EARRINGS CONTAINING TWO .20 CT.
FULL CUT DIAMONDS, SI2 G-H;

THREE (3) 14 KT. YELLOW GOLD AND ROSE GOLD STACK
RINGS CONTAINING TWENTY-FOUR .015 CT. FULL CUT
DIAMONDS, SI2 G-H ($167.00;

ONE (1) 14 KT. YELLOW GOLD GENTS BRACELET, 10.5 DWT

ONE (1) 14 KT. YELLOW GOLD PAIR OF PIERCED
SUNFLOWER EARRINGS;

ONE (1) PLATINUM WITH 18 KT. YELLOW GOLD TRIM
DIAMOND SEMI-MOUNT ENGAGEMENT RING, 5.5 DWT.,
CONTAINING TWO APPROXIMATE .12 CT TRIANGULAR CUT
DIAMONDS, SI2 G-H (NO CENTER STONE);

ONE (1) 14 KT. YELLOW GOLD 16" CABLE CHAIN DIAMOND
NECKLACE, 2.5 DWT. CONTAINING TWO .03 CT. FULL CUT
DIAMONDS AND ONE .05 CT. FULL CUT DIAMOND, I1 G-H;

ONE (1) 14 KT. YELLOW GOLD PAIR BEZEL SET AMETHYST
EARRINGS, 2 DWT., CONTAINING TWO 5 MM ROUND
AMETHYST;

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING WITH 18 KT. YELLOW GOLD TRIM, 6
DWT., CONTAINING TWO .14 CT. STRAIGHT DIAMOND
BAGUETTES AND TWO .08 CT. TRIANGULAR CUT
DIAMONDS. (NO CENTER STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING WITH 18 KT. YELLOW GOLD TRIM, 5
DWT., CONTAINING SIX APPROXIMATE .06 CT. TAPERED
DIAMOND BAGUETTES, VS2 – SI1 G-H. (NO CENTER STONE);

ONE (1) 14 KT. YELLOW GOLD LADIES DIAMOND SEMI-
MOUNT ENGAGEMENT RING, 4.5 DWT., CONTAINING
SIXTEEN APPROXIMATE .05 CT. FULL CUT DIAMONDS AND
TEN .03 CT. STRAIGHT DIAMOND BAGUETTES, VS2 – SI1 G-H
(NO CENTER STONE);

ONE (1) STERLING SILVER AND 18 KT. YELLOW GOLD
AMETHYST RING CONTAINING 6 X 4 MM OVAL AMETHYST;

ONE (1) STERLING SILVER AND 18 KT. YELLOW GOLD BLUE
TOPAZ RING CONTAINING ONE 5 MM ROUND BLUE TOPAZ;

ONE (1) 14 KT. YELLOW GOLD LADIES DIAMOND SEMI-
MOUNT ENGAGEMENT RING, 4 DWT., CONTAINING
EIGHTEEN APPROXIMATE .07 CT. PRINCESS CUT
DIAMONDS, VS2 – SI1 H-I (NO CENTER STONE);

ONE (1) 14 KT. YELLOW GOLD LADIES DIAMOND SEMI-
MOUNT ENGAGEMENT RING CONTAINING TWENTY
APPROXIMATE .01 CT. FULL CUT DIAMONDS, TEN
APPROXIMATE .05 CT. TAPERED DIAMOND BAGUETTES;

ONE (1) 18 KT. YELLOW GOLD 18" SAPPHIRE AND DIAMOND
NECKLACE, 70 DWT., CONTAINING ONE-HUNDRED TWENTY
APPROXIMATE .20 TO .25 CT. TAPERED DIAMOND

BAGUETTES, SI1 – SI2 G-H AND ONE 20 X 15 X 11 MM, APPROXIMATE 27.00 CT. CEYLON BLUE SAPPHIRE (FINE BLUE COLOR);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT ENGAGEMENT RING WITH 18 KT. YELLOW GOLD TRIM, 6 DWT., CONTAINING EIGHT APPROXIMATE .04 CT. FULL CUT DIAMONDS, SI1 G-H (NO CENTER STONE);

ONE (1) 14 KT. YELLOW GOLD DIAMOND SEMI-MOUNT ENGAGEMENT RING, 2.5 DWT., CONTAINING SIXTEEN APPROXIMATE .03 CT. STRAIGHT DIAMOND BAGUETTES, SI1 G-H (NO CENTER STONE);

ONE (1) 14 KT. YELLOW GOLD DIAMOND SEMI-MOUNT ENGAGEMENT RING, 5 DWT., CONTAINING SIX .08 CT. STRAIGHT DIAMOND BAGUETTES, SI1 G-H (NO CENTER STONE);

ONE (1) 14 KT. YELLOW GOLD DIAMOND SEMI-MOUNT ENGAGEMENT RING, 4.5 DWT., CONTAINING THIRTY-TWO .015 CT. SINGLE AND FULL CUT DIAMONDS, SI1 – SI2 G-H (NO CENTER STONE);

ONE (1) STERLING SILVER WITH 18 KT. YELLOW GOLD TRIM IMITATION MOBE' PEARL RING;

ONE (1) STERLING SILVER WITH 18 KT. YELLOW GOLD TRIM BAND RING;

ONE (1) 14 KT. WHITE GOLD SEVEN STONE DIAMOND CLUSTER RING, 3 DWT., SEVEN .07 CT. FULL CUT DIAMONDS, I1 G-H;

ONE (1) 16" STERLING SILVER ROPE CHAIN AND STERLING SILVER WITH 18KT. YELLOW GOLD TRIM AMETHYST ENHANCER/PENDANT CONTAINING ONE 10 X 8 MM ANTIQUE CUSHION CHECKERBOARD CUT AMETHYST;

ONE (1) STERLING SILVER WITH 18 KT. YELLOW GOLD TRIM CITRINE RING CONTAINING ONE 7 X 7 MM ANTIQUE CUSHION CUT CITRINE;

ONE (1) 10 KT. YELLOW GOLD 25" 1.75 MM DIAMOND CUT ROPE CHAIN, 3.5 DWT;

ONE (1) STERLING SILVER 2.5 MM SNAKE CHAIN WITH 14 KT. YELLOW GOLD AND STERLING SILVER AMETHYST PENDANT CONTAINING ONE 9 X 7 MM PEAR SHAPED AMETHYST;

ONE (1) 17" STERLING SILVER WITH 18 KT. YELLOW GOLD TRIM BLACK AND WHITE DIAMOND NECKLACE CONTAINING SIX .01 CT. FULL CUT DIAMONDS AND SIXTEEN 2MM ROUND BLACK DIAMONDS;

ONE (1) PAIR OF 14 KT. WHITE GOLD FOUR PRONG SAPPHIRE STUD EARRINGS WITH MULTI RING STYLED EARRING JACKETS CONTAINING TWO 3.75 MM ROUND BLUE SAPPHIRES;

ONE (1) 32" STERLING SILVER 3.75 MM TWISTED WHEAT CHAIN WITH STERLING SILVER WITH 18 KT. YELLOW GOLD TRIM BLACK ONYX PENDANT ($110.00) AND FOUR MISCELLANEOUS LENGTH STERLING SILVER ROPE CHAINS ($10.00 EACH @ $40.00 TOTAL);

ONE (1) 18" STRAND 7 – 7 ½ MM DYED FRESHWATER PEARLS WITH 14 KT. YELLOW GOLD PEARL CLASP;

ONE (1) 18" STRAND 6 ½ - 7 MM FRESHWATER PEARLS WITH 14 KT. YELLOW GOLD PEARL CLASP;

ONE (1) 18" STRAND 6 ½ - 7 MM FRESHWATER PEARLS WITH 14 KT. YELLOW GOLD PEARL CLASP;

ONE (1) 18" STRAND 7 – 7 ½ MM FRESHWATER PEARLS WITH 14 KT. YELLOW GOLD PEARL CLAS;

ONE (1) STERLING SILVER AMBER BRACELET (3 STONES MISSING);

ONE (1) 14 KT. WHITE GOLD LADIES DIAMOND ENGAGEMENT RING, 2.5 DWT, CONTAINING SIXTEEN APPROXIMATE .02 CT FULL CUT DIAMONDS, SI2 G-H AND ONE APPROXIMATE .55 CT. RADIANT CUT DIAMOND CENTER, 5.5 X 4.5 MM, SI2 J;

ONE (1) PAIR OF PLATINUM PIERCED THREE PRONG DIAMOND STUD EARRINGS CONTAINING TWO ,20 CT. BRILLIANT CUT DIAMONDS, SI2 G;

ONE (1) PAIR OF 14 KT. YELLOW GOLD PAIR OF PIERCED LOOP EARRINGS, 2 DWT;

ONE (1) STERLING SILVER CABLE STYLED BRACELET;

ONE (1) 14 KT. YELLOW GOLD 20" 1.75 MM CABLE CHAIN WITH 14 KT. YELLOW GOLD SAPPHIRE AND DIAMOND HEART PENDANT, 5 DWT., CONTAINING TEN .02 CT. FULL CUT DIAMONDS, SI2 G-H ANS TEN 1.75 MM ROUND BLUE SAPPHIRES;

ONE (1) 10 KT. YELLOW GOLD 18" TRIPLE LINK CHAIN WITH 10 KT. YELLOW GOLD CROSS PENDANT CONTAINING TWENTY-FOUR .0025 CT. SINGLE CUT DIAMONDS (2 STONES MISSING);

ONE (1) 18 KT. YELLOW GOLD DIAMOND BAND RING WITH RED, WHITE AND BLUE ENAMEL FINISH, 3 DWT. CONTAINING FIVE .01 CT. FULL CUT DIAMONDS;

ONE (1) 14 KT. YELLOW GOLD PAIR OF SWIRL GOLD EARRINGS, 3.5 DWT;

ONE (1) 14 KT. YELLOW GOLD GENTS ID BRACELET, 13.5 DWT;

ONE (1) 14 KT. YELLOW GOLD TRIANGULAR SHAPED DIAMOND PAVE' PENDANT, 2 DWT. CONTAINING TWENTY-ONE .02 CT FULL CUT DIAMONDS, SI1 G-H;

ONE (1) 18 KT. WHITE GOLD 16" 1 MM BOX CHAIN WITH 14 KT. WHITE GOLD HEART SHAPED DIAMOND AND SAPPHIRE PENDANT, 2 DWT., NINE .015 CT FULL CUT DIAMONDS, I1 G-H AND NINE 1.5 MM ROUND BLUE SAPPHIRES;

ONE (1) 14 KT. YELLOW GOLD WOVEN DESIGN GOLD RING, 3 DWT;

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT ENGAGEMENT RING WITH 18 KT. YELLOW GOLD TRIM, CONTAINING SIX .015 CT. FULL CUT DIAMONDS, SI2 G-H (NO CENTER STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT ENGAGEMENT RING, 5 DWT., CONTAINING FOUR APPROXIMATE .09 CT. PRINCESS CUT DIAMONDS AND TWO .10 CT. TRIANGULAR CUT DIAMONDS, SI1 G-H (NO CENTER STONE);

ONE (1) PAIR OF18 KT. YELLOW GOLD PIERCED BEZEL SET DIAMOND STUD EARRINGS CONTAINING TWO .20 CT. BRILLIANT CUT DIAMONDS, I1 G-H;

ONE (1) 14 KT. YELLOW GOLD 18" TRIPLE LINK CHAIN WITH 14 KT. YELLOW GOLD DIAMOND AND AMETHYST PENDANT, CONTAINING .02 CT. FULL CUT DIAMONDS, 6 X 6 MM SQUARE AMETHYST,  3 X 3 MM SQUARE PINK TOURMALINE AND 14 KT. YELLOW GOLD AMETHYST AND DIAMOND RING CONTAINING 6 MM HEXAGON SHAPED AMETHYST AND SIX .005 CT. FULL CUT DIAMONDS;

ONE (1) 14 KT. WHITE GOLD SIX PRONG SOLITAIRE DIAMOND ENGAGEMENT RING CONTAINING ONE APPROXIMATE .40 CT. BRILLIANT CUT DIAMOND, SI1 G-H;

ONE (1) STERLING SILVER AND 14 KT. YELLOW GOLD TRIM GARNET RING CONTAINING ONE 7 X 7 MM CHECKERBOARD CUT GARNET;

ONE (1) 14 KT. YELLOW GOLD 18" 1.25 MM CABLE CHAIN WITH 14 KT. YELLOW GOLD SHARK PENDANT WITH 2 MM RED RUBY EYES;

TWO (2) 7½ "6 ½ - 7 MM FRESHWATER PEARL BRACELETS WITH 14 KT. YELLOW GOLD PEARL CLASPS. ($50.00 EACH = $100.00 TOTAL);

ONE (1) 7 ½" 7 ½ - 8 MM FRESHWATER PEARL BRACELET;

ONE (1) STERLING SILVER 16" CABLE CHAIN WITH 14 KT. WHITE GOLD DIAMOND CROSS PENDANT CONTAINING EIGHTEEN .01 CT. SINGLE CUT DIAMONDS, I2 G-H;

ONE (1) 14 KT. YELLOW GOLD AMETHYST AND DIAMOND RING, 2 DWT., CONTAINING ONE .02 CT. FULL CUT DIAMOND, ONE 6 X 6 MM SQUARE AMETHYST AND ONE 3 X 3 MM SQUARE PINK TOURMALINE;

ONE (1) 14 KT. YELLOW GOLD 7" SLIDE BRACELET, 8 DWT., CONTAINING ONE 10 X 8 MM OVAL AMETHYST, 8 X 6 OVAL GARNET, ONE 7 X 5 MM OVAL PERIDOT, 10 X 8 MM OVAL CITRINE;

ONE (1) 14 KT. YELLOW GOLD AMETHYST, BLUE TOPAZ AND DIAMOND RING, 2.5 DWT., CONTAINING .01 CT. FULL CUT DIAMOND, 7 X 5 MM EMERALD CUT AMETHYST 3.5 MM ROUND BLUE TOPAZ;

ONE (1) 10 KT. YELLOW GOLD GENTS TIGER-EYE AND DIAMOND RING, 4 DWT., CONTAINING TWO .01 CT. FULL CUT DIAMONDS AND ONE 10 X 10 MM CUSHION CUT TIGER-EYE;

ONE (1) PAIR OF 14 KT. YELLOW GOLD PIERCED CLIP BACK HEART SHAPED GOLD EARRINGS;

ONE (1) 18" STRAND OF 6 ½ - 7 MM FRESHWATER PEARLS
WITH 14 KT. YELLOW GOLD PEARL CLASP;

ONE (1) STERLING SILVER 21" 2MM SNAKE CHAIN WITH
STERLING SILVER AMETHYST PENDANT WITH 18 KT.
YELLOW GOLD TRIM AND ONE 10 X 5 MM OVAL
CHECKERBOARD CUT AMETHYST;

ONE (1) 14 KT. WHITE GOLD COIN FRAME PENDANT WITH
ROPE BORDER (NO COIN);

ONE (1) 14 KT. WHITE GOLD 18" SINGLE LINK CHAIN WITH
14 KT. WHITE GOLD AMETHYST PENDANT CONTAINING
ONE 7 X 5 MM PEAR SHAPED AMETHYST;

ONE (1) 14 KT. YELLOW GOLD "HAPPY BIRTHDAY" DISC
CHARM;

ONE (1) PAIR OF MOTHER OF PEARL PAINTED EARRINGS
(BASE METAL FINDINGS);

ONE (1) 14KT. YELLOW GOLD ANCHOR CHARM/PENDANT;

ONE (1) 10 KT. WHITE GOLD THREE RING SWIRL EARRING
JACKET (1);

ONE (1) 18 KT. WHITE GOLD 16" 1.5 MM BEAD CHAIN WITH
18 KT. YELLOW GOLD DIAMOND CROSS PENDANT WITH
BLUE ENAMEL FINISH, 4 DWT., CONTAINING SIX .01 CT.
FULL CUT DIAMONDS;

ONE (1) PAIR OF 14 KT. YELLOW GOLD PIERCED CLIP BACK
GOLD EARRINGS;

ONE (1) 14 KT. YELLOW GOLD 18 ½" 1.25 MM FOXTAIL
CHAIN;

ONE (1) 14 KT. YELLOW GOLD CROSS PENDANT;

ONE (1) 18 KT. WHITE GOLD LADIES DIAMOND ENGAGEMENT RING , 5.5 DWT., CONTAINING FIFTY .01 CT. FULL CUT DIAMONDS, TWO .10 CT. PRINCESS CUT DIAMONDS, VS2 – SI1 G-H AND ONE 6.5 MM CUBIC ZIRCONIA CENTER STONE;

ONE (1) 14 KT. WHITE GOLD PAIR OF PIERCED 2 ROW DIAMOND LOOP EARRINGS CONTAINING EIGHTY .0075 CT. FULL CUT DIAMONDS, SI1 G;

ONE (1) 14 KT. WHITE GOLD CLUSTER STYLE BLANK MOUNTING 1 DWT & ONE 5.5 MM ROUND BLUE SAPPHIRE (LOOSE);

TWO (2) 14 KT. WHITE GOLD CLUSTER STYLED BLANK PENDANT MOUNTINGS, 1.75 DWT. ($60.00 EACH);

TWO (2) 14 KT. WHITE GOLD CLUSTER STYLED BLANK PENDANT MOUNTINGS, 1.75 DWT. ($60.00 EACH);

ONE (1) PAIR OF 14 KT. YELLOW GOLD ¾ LOOP EARRING JACKETS;

ONE (1) 18 KT. WHITE GOLD ENGRAVED 3.75 CT DTW VINTAGE STYLE RING CONTAINING SIX ROUND FULL CUT .02 CT. DIAMONDS, 4 .06 CT. PRINCESS CUT DIAMONDS, VS2 – SI1 G-H, CONTAINING ONE ROUND SIMULATED WHITE STONE CENTER;

ONE (1) LADIES 14KT. YELLOW GOLD BLUE TOPAZ AND DIAMOND RING, 3.6 DWT., CONTAINING ONE 9 X 7 MM OVAL BLUE TOPAZ AND TEN .03 CT. FULL CUT DIAMONDS, I1 J-K;

ONE (1) 14 KT. YELLOW GOLD PAIR OF PIERCED LEVER BACK DANGLE GOLD EARRINGS;

ONE (1) 14 KT, YELLOW GOLD SEVEN STONE DIAMOND CLUSTER PENDANT CONTAINING SEVEN .03 CT. FULL CUT DIAMONDS, I2 H-I;

34

ONE (1) 10 KT. YELLOW GOLD CROSS STYLED DIAMOND
RING CONTAINING THREE .005 CT. SINGLE CUT DIAMONDS;

ONE (1) 14 KT. YELLOW GOLD PAIR OF PIERCED CLIP GOLD
EARRINGS;

ONE (1) PLATINUM SIX PRONG DIAMOND SEMI-MOUNT
ENGAGEMENT RING CONTAINING FOUR .06 CT. PRINCESS
CUT DIAMONDS, SI2 G-H (NO CENTER STONE);

ONE (1) 10 KT. YELLOW GOLD LADIES SAPPHIRE AND
DIAMOND CLUSTER RING CONTAINING TWO 6 MM ROUND
BLUE SAPPHIRE AND ONE .005 CT. SINGLE CUT DIAMOND;

ONE (1) 18 KT. YELLOW GOLD WHEAT DIAMOND RING, 6.5
DWT, CONTAINING THREE .05 CT. FULL CUT DIAMONDS
AND SIX .03 CT. FULL CUT DIAMONDS;

ONE (1) STERLING SILVER WITH 18 KT. YELLOW GOLD TRIM
GARNET RING CONTAINING ONE 6 X 4 MM OVAL GARNET;

ONE (1) 10 KT. WHITE GOLD THREE RING SWIRL EARRING
JACKET(1) AND 14 KT. YELLOW GOLD PIERCED 4 PRONG
DIAMOND STUD EARRING CONTAINING ONE .12 CT. FULL
CUT DIAMOND, I2 LB. (MATE TO 1B220);

ONE (1) 14 KT. YELLOW GOLD EMERALD, DIAMOND AND
PEARL EARRING (1) CONTAINING ONE 7 – 7 ½ MM DROP
PEARL, ONE .02 CT. FULL CUT DIAMOND AND ONE 3.5 MM
CABOCHON ROUND EMERALD;

ONE (1) PAIR OF 14 KT. YELLOW GOLD FLUTED GOLD LOOP
EARRINGS;

ONE (1) 14 KT. YELLOW GOLD PAIR OF PIERCED LEVER
BACK DANGLE 10 MM PEARL EARRINGS. 1.5 DWT;

ONE (1)  14 KT. YELLOW GOLD 18" 1 MM TRIPLE LINK CHAIN
WITH 14 KT. YELLOW GOLD TANZANITE AND DIAMOND

PENDANT CONTAINING TWELVE .01 CT. FULL CUT
DIAMONDS AND ONE 6 X 4 MM OVAL TANZANITE, I2 G-H;

ONE (1) 7" DOUBLE STRAND  6 – 6 ½ MM PEARL BRACELET
WITH 14 KT. YELLOW GOLD PEARL CLASP CONTAINING
THREE 14 KT. YELLOW GOLD EMERALD AND DIAMOND
SECTIONS, CONTAINING SIX 2 MM ROUND GENUINE
EMERALDS AND THREE .05 CT. FULL CUT DIAMONDS, SI1 –
SI2 G-H;

ONE (1) 14 KT. YELLOW GOLD 18" .75 MM SQUARE SNAKE
CHAIN WITH 14 KT. YELLOW GOLD SEMI-BEZEL SET
DIAMOND PENDANT CONTAINING ONE .33 CT. BRILLIANT
CUT DIAMOND, I1 G-H;

ONE (1) 14 KT. YELLOW GOLD SLIDE CONTEMPORARY
HEART SHAPED GOLD PENDANT;

ONE (1) STERLING SILVER AND 18 KT. YELLOW GOLD PAIR
OF PIERCED CLIP BACK PEARL EARRINGS CONTAINING
TWO 6.5 MM CULTURED PEARLS;

ONE (1) 14 KT. YELLOW GOLD OVAL SHAPED PAVE'
DIAMOND RING, 3 DWT, CONTAINING FIFTY-ONE .02 CT.
FULL CUT DIAMONDS, I1 H-I;

ONE (1) 14 KT. YELLOW BOYS HEAD CHARM;

ONE (1) 14 KT. YELLOW GOLD TWO-TONE GOLD PAIR OF
PIERCED SMALL LOOP EARRINGS;

ONE (1) 14 KT. YELLOW GOLD PAIR OF GENTS OVAL
SHAPED CUFF LINKS, 8.5 DWT;
ONE (1) 14 KT. YELLOW GOLD PAIR OF PIERCED DANGLE
GOLD AND PEARL EARRINGS CONTAINING TWO 5 MM
CULTURED PEARLS;

ONE (1) 14 KT YELLOW GOLD FIVE ROW DIAMOND BAND
RING, 5 DWT, CONTAINING THIRTY-FIVE APPROXIMATE .06
CT. FULL CUT DIAMONDS, I1 G-H;

ONE (1) 14 KT. YELLOW GOLD DOLPHIN PENDANT WITH PERIDOT AND DIAMONDS CONTAINING TWO .01 CT. SINGLE CUT DIAMONDS AND ONE 6 X 4 OVAL PERIDOT;

ONE (1) 14 KT. WHITE GOLD LADIES DIAMOND BAND RING WITH 14 KT. YELLOW GOLD TRIM, 3 DWT., CONTAINING EIGHT .03 CT. FULL CUT DIAMONDS, I1 G-H;

ONE (1) PLATINUM SIX PRONG SOLITAIRE ENGAGEMENT RING MOUNTING (NO CENTER STONE);

ONE (1) 14 KT. YELLOW GOLD STAR CHARM/PENDANT

ONE (1) STERLING SILVER PAIR OF PIERCED ¾ LOOP EARRINGS 9MM WITH 18 KT. YELLOW GOLD TRIM;

ONE (1) STERLING SILVER LADIES OFFSET DESIGN BLUE TOPAZ RING WITH 18 KT. YELLOW GOLD TRIM CONTAINING TWO 6 X 4 MM OVAL BLUE TOPAZ;

THREE (3) 14 KT. WHITE, ROSE AND YELLOW GOLD DIAMOND STACK RINGS CONTAINING EIGHTEEN .02 CT. FULL CUT DIAMONDS, I1 G-H ($150.00 EACH);

ONE (1) 18" STRAND OF 5 ½ - 6 MM CULTURED PEARLS WITH 14 KT. YELLOW GOLD PEARL CLASP;

ONE (1) 14 KT. YELLOW GOLD PAIR OF PIERCED SCREW BACK DIAMOND STUD EARRINGS CONTAINING TWO APPROXIMATE 1.25 CT. BRILLIANT CUT DIAMONDS, I1 G;

ONE (1) 14 KT. YELLOW GOLD 19" 1 MM TRIPLE LINK CHAIN WITH 14 KT. YELLOW GOLD BEZEL SET BLUE TOPAZ PENDANT CONTAINING ONE 6MM ROUND BLUE TOPAZ;

ONE (1) 14 KT. YELLOW GOLD DIAMOND SNAKE RING, 3.25 DWT., CONTAINING TWENTY-THREE .03 CT. FULL CUT DIAMONDS, I1 G-H AND TWO 2 MM ROUND BLUE SAPPHIRE EYES;

ONE (1) 10 KT. YELLOW GOLD 8" DIAMOND BRACELET, 3.75 DWT., CONTAINING FIFTY .02 CT. SINGLE CUT DIAMONDS, I3 G-H;

ONE (1) 14 KT. YELLOW GOLD PAIR OF PIERCED TANZANITE AND DIAMOND EARRINGS CONTAINING TWENTY-FOUR .01 CT. SINGLE CUT DIAMONDS, I1 G-H AND TWO 5 X 3 MM OVAL TANZANITE'S;

ONE (1) 18" STRAND OF 6 – 6 ½ MM FRESHWATER PEARLS WITH 14 KT. YELLOW GOLD PEARL CLASP;

ONE (1) 18" STRAND OF 6 ½ - 7 MM CULTURED PEARLS WITH 14 KT. YELLOW GOLD PEARL CLASP;

ONE (1) 7" 5 ½ - 6 MM CULTURED PEARL BRACELET WITH 14 KT. YELLOW GOLD PEARL CLASP;

ONE (1) 18" STRAND OF 6 – 6 ½ MM FRESHWATER/CULTURED PEARLS WITH 14 KT. YELLOW GOLD PEARL CLASP;

ONE (1) 10 KT. YELLOW GOLD COIN RING CONTAINING ONE CHINESE PANDA COIN;

ONE (1) STERLING SILVER PAIR OF PIERCED DANGLE RUBY AND DIAMOND EARRINGS WITH 18 KT. YELLOW GOLD TRIM CONTAINING TWENTY-SIX 2 MM ROUND RUBIES AND TEN .015 CT. FULL CUT DIAMONDS, I1 G-H;

ONE (1) 7" STRAND OF 7 – 7 ½ MM CULTURED PEARL BRACELET WITH 14 KT. YELLOW GOLD PEARL CLASP;

ONE (1) STERLING SILVER AND DIAMOND RING WITH 18 KT. YELLOW GOLD TRIM CONTAINING TEN APPROXIMATE .03 CT. FULL CUT DIAMONDS, I1 G-H;

ONE (1) 7" 6 ½ - 7 MM PEARL BRACELET WITH 14 KT. YELLOW GOLD PEARL CLASP;

ONE (1) 14 KT. YELLOW GOLD 18" 1.75 MM DIAMOND CUT
ROPE CHAIN WITH 14 KT. YELLOW GOLD HEART SHAPED
RUBY PENDANT CONTAINING THIRTEEN 2 MM ROUND
RUBIES;

ONE (1) 14 KT. WHITE GOLD PAIR OF PIERCED SINGLE
BUTTERCUP SIX PRONG DIAMOND STUD EARRING
CONTAINING TWO .12 CT. FULL CUT DIAMONDS, SI1 G-H;

ONE (1) 14 KT. WHITE GOLD PAIR OF CHANNEL SET RUBY
EARRINGS CONTAINING TWELVE 3 MM SQUARE RUBIES;

ONE (1) 14 KT. YELLOW GOLD PAIR OF PIERCED 6 MM LOOP
EARRINGS;

ONE (1) 14 KT. YELLOW GOLD 20" 3 MM DIAMOND CUT
ROPE CHAIN;

ONE (1) 14 KT. YELLOW GOLD SAPPHIRE AND DIAMOND
RING, 5 DWT., CONTAINING TWENTY-TWO .02 CT. FULL CUT
DIAMONDS, I3 H-H, ONE 6.5 X 5 MM OVAL BLUE SAPPHIRE
AND TEN 2.5 X 1.25 MM MARQUISE BLUE SAPPHIRES;

ONE (1) 14 KT. YELLOW GOLD 16" 1 MM TRIPLE LINK CHAIN
CONTAINING THREE 6 ½ MM CULTURED PEARLS;

ONE (1) 18" STRAND OF 7½ - 8 MM FRESHWATER PEARLS
WITH 14 KT. YELLOW GOLD PEARL CLASP;

ONE (1) 18 KT. WHITE GOLD SAPPHIRE AND DIAMOND 3.5
MM BAND RING, 3.5 DWT., CONTAINING SEVEN 2.25 MM
SQUARE BLUE SAPPHIRES AND SIX .07 CT. PRINCESS CUT
DIAMONDS, SI1 G-H;

ONE (1) 18 KT. TWO-TONE GOLD LADIES DIAMOND
ENGAGEMENT RING, 4 DWT., CONTAINING FORTY-FOUR .01
CT. FULL CUT DIAMONDS, VS2 – SI1 G-H (CENTER STONE IS
CUBIC ZIRCONIA);

ONE (1) 18 KT. WHITE GOLD MARQUISE SHAPED DIAMOND
AND CUBIC ZIRCONIA RING, 6.5 DWT. CARVED FINISH
CONTAINING TWENTY-EIGHT .0175 CT. FULL CUT
DIAMONDS, VS2 – SI1 G-H;

ONE (1) 14 KT. WHITE GOLD 7" SAPPHIRE AND DIAMOND
BRACELET, 6 DWT., CONTAINING TWELVE 3.25 MM ROUND
BLUE SAPPHIRES AND TWENTY-FOUR .015 CT. FULL CUT
DIAMONDS, I1 G-H;

ONE (1) 18 KT. WHITE GOLD TWO ROW RUBY AND SAPPHIRE
CHANNEL SET BAND RING, 3 DWT., CONTAINING SEVEN 2.5
MM SQUARE RUBIES AND SEVEN 2.5 MM SQUARE WHITE
SAPPHIRES;

ONE (1) 14 KT. WHITE GOLD PAIR OF PIERCED CLIP BACK
RUBY AND DIAMOND EARRINGS CONTAINING EIGHT 3 MM
SQUARE RUBIES AND EIGHTEEN .01 CT FULL CUT
DIAMONDS, SI2 H-I;

ONE (1) 14 WHITE GOLD HEART SHAPED SAPPHIRE AND
DIAMOND RING, 2 DWT, CONTAINING EIGHT 2 MM SQUARE
AND TRIANGULAR BLUE SAPPHIRES AND ONE .02 CT. FULL
CUT DIAMOND, VS2 G-H;

ONE (1) 18 KT. TWO-TONE FITTED DIAMOND CARVED
WEDDING BAND, 2.75 DWT., CONTAINING FIFTEEN .015 CT.
FULL CUT DIAMONDS, SI1 G-H;

ONE (1) 18 KT. WHITE GOLD PEARL AND DIAMOND RING, 4.3
DWT., CONTAINING TWELVE .0075 CT. FULL CUT
DIAMONDS, TWELVE .015 CT. FULL CUT DIAMONDS, SI1 –
SI2 G-H AND ONE 9.5 MM BLACK SOUTH SEA PEARL;

ONE (1) 14 KT. WHITE GOLD PAIR OF 9.5 MM BLACK SOUTH
SEA PEARL EARRINGS;

ONE (1) 18 KT. 7" TRI-COLOR GOLD STARFISH BRACELET, 12
DWT., CONTAINING EIGHTEEN .015 CT. FULL CUT
DIAMONDS, VS2 – SI1 G-H, EIGHTY-SEVEN 1.75 MM ROUND

PINK SAPPHIRES AND EIGHT-SEVEN 1.75 MM ROUND YELLOW SAPPHIRES;

ONE (1) 18 KT. YELLOW GOLD 7" CHANNEL SET MULTI-COLORED SAPPHIRE BRACELET, 16 DWT., FIFTY-SIX 3 MM SQUARE GENUINE SAPPHIRES;

ONE (1) 18 KT. ROSE GOLD PAIR OF PIERCED STARFISH PINK SAPPHIRE EARRINGS, 3 DWT., CONTAINING APPROXIMATELY FIFTY-EIGHT .02 CT ROUND PINK SAPPHIRES;

ONE (1) 18 KT YELLOW GOLD 12 MM WIDE SAPPHIRE AND DIAMOND BAND RING, 5.75 DWT, CONTAINING EIGHT 2.75 MM SQUARE CUT MULTI-COLORED SAPPHIRES AND EIGHTEEN .02 CT. FULL CUT DIAMONDS, SI1 – SI2 G-H;

ONE (1) 18 KT. YELLOW GOLD PIN/ENHANCER CROSS, 6.5 DWT., CONTAINING TWO .02 CT. FULL CUT DIAMONDS, VS2 G-H, FOUR 2.25 MM SQUARE CUT PINK TOURMALINE, FOUR 22.50 MM ROUND CABOCHON AMETHYST AND ELEVEN 1.5 MM ROUND GREEN TOURMALINE;

ONE (1) 14 KT. YELLOW GOLD 18" 1.25 MM TRIPLE LINK CHAIN WITH 18 KT. YELLOW SAPPHIRE AND DIAMOND ENHANCER/PENDANT, 3 DWT., CONTAINING ONE .05 CT. FULL CUT DIAMOND, VS2 G-H AND TWENTY 2 MM SQUARE CUT MULTI-COLORED SAPPHIRES;

ONE (1) 18 KT. YELLOW GOLD LADIES DIAMOND CITRINE RING, 7.5 DWT., CONTAINING TWO .20 CT. BRILLIANT CUT DIAMONDS AND ONE 16 X 11 MM PEAR SHAPED CITRINE;

ONE (1) 14 KT. WHITE GOLD 18" 1 MM WHEAT CHAIN WITH 18 KT. WHITE GOLD PEARL AND DIAMOND PENDANT, 2 DWT., CONTAINING FOURTEEN .02  CT. FULL CUT DIAMONDS, TWELVE .01 CT FULL CUT DIAMONDS, I1 G-H, AND ONE 10 MM BLACK SOUTH SEA PEARL;

ONE (1) STERLING SILVER WITH 18 KT. YELLOW GOLD TRIM
PAIR OF PIERCED CLIP BACK CHALCEDONY EARRINGS
CONTAINING TWO 18 X 13 MM OVAL CABOCHON
CHALCEDONIES;

ONE (1) 18 KT. WHITE GOLD 16" 1MM CABLE CHAIN WITH 18
KT. WHITE GOLD FLEUR DELIS' PENDANT CONTAINING
TWENTY-NINE .0075 CT FULL CUT DIAMONDS WITH 5 MM
TEARDROP BRIOLETTE ($900.00), ONE 18 KT. WHITE GOLD
16" OVAL LINK CHAIN WITH 18 KT. WHITE GOLD CROWN
STYLED DIAMOND PENDANT CONTAINING THIRTY-TWO
.005 CT FULL CUT DIAMONDS AND SIX .03 CT. FULL CUT
DIAMONDS ($500.00);

ONE (1) STERLING SILVER BLACK ONYX PENDANT WITH 18
KT. YELLOW GOLD 10 X 10 MM TRIANGULAR CABOCHON
BLACK ONYX;

ONE (1) 14 KT. WHITE GOLD PAIR OF PIERCED "X O" SHAPED
GOLD EARRINGS;

ONE (1) 18 KT. WHITE GOLD OVAL LINK DESIGN DIAMOND
NECKLACE, 25 DWT., CONTAINING FORTY-TWO .01 CT. FULL
CUT DIAMONDS, VS2 – SI1 G-H;

ONE (1) 14 WHITE GOLD 7 ½" DIAMOND BRACELET, 4 DWT.,
CONTAINING THIRTEEN .03 CT. FULL CUT DIAMONDS, VS2 –
SI1 H;

ONE (1) 18 KT. WHITE GOLD 16 ½" OVAL CHAIN WITH NINE
OVAL ELONGATED SHAPED DANGLES, 16.5 DWT;

ONE (1) 14 KT. YELLOW GOLD 15 ½" 1 MM BEAD CHAIN
WITH 10 MM BALL SHAPED DIAMOND PENDANT
CONTAINING TEN .01 CT. FULL CUT DIAMONDS, SI2 G-H
AND ONE 14 KT. YELLOW GOLD 10 MM BALL SHAPED
DIAMOND EARRINGS CONTAINING FOURTEEN .01 CT. FULL
CUT DIAMONDS;

ONE (1) 18 KT. WHITE GOLD LADIES DIAMOND PAVE' RING, 10 DWT., CONTAINING FIFTY-TWO .015 CT. FULL CUT DIAMONDS, SI1 G-H;

ONE (1) 14 KT. WHITE GOLD PAIR OF LOOP EARRINGS;

ONE (1) 14 KT. WHITE GOLD SIX STRAND 1.5 MM CABLE CHAIN WITH 14 KT. WHITE GOLD HEART SHAPED DIAMOND PENDANT/ENHANCER, 14 DWT., CONTAINING FORTY-EIGHT .03 CT. FULL CUT DIAMONDS, VS2 – SI1 G-H;

ONE (1) 14 KT. WHITE GOLD 16" 2 MM ROUND HOLLOW CHAIN WITH 14 KT. WHITE GOLD DIAMOND CIRCLE PENDANT, 4 DWT., CONTAINING FOURTEEN .01 CT. FULL CUT DIAMONDS, I1 G-H;

ONE (1) 14 KT. WHITE GOLD GENTS SAPPHIRE AND DIAMOND BAND RING, 4.5 DWT., TWENTY-TWO .015 CT. FULL CUT DIAMONDS AND ONE 2.5 MM ROUND BLUE SAPPHIRE;

ONE (1) 14 KT. WHITE GOLD 4 MM BRUSHED DIAMOND BANGLE STYLE BRACELET, 7.5 DWT., CONTAINING SIX .03 CT. FULL CUT DIAMONDS, I1 G-H;

ONE (1) 14 KT. WHITE GOLD PAIR OF PIERCED 6.5 MM WIDE LOOP STYLE EARRINGS;

ONE (1) STERLING SILVER 16" CABLE CHAIN WITH STERLING SILVER BLUE TOPAZ PENDANT WITH 18 KT. YELLOW GOLD TRIM AND ONE 7 X 7 MM ANTIQUE CUSHION CHECKERBOARD CUT BLUE TOPAZ;

ONE (1) 14 KT. WHITE GOLD PAIR OF PIERCED DANGLE DIAMOND EARRINGS CONTAINING TWO APPROXIMATE .05 CT. FULL CUT DIAMONDS AND TWO .10 CT. FULL CUT DIAMONDS, VS2 – SI1 G-H;

ONE (1) 14 KT. WHITE GOLD PAIR OF STAR SHAPED DIAMONDS EARRINGS, 1.5 DWT., CONTAINING SIXTY .0075 CT. SINGLE CUT DIAMONDS, I1 G-H;

ONE (1) 14 KT. WHITE GOLD PAIR OF SHAMROCK SHAPED DIAMOND EARRINGS, 2 DWT., CONTAINING FORTY-SIX .005 CT. FULL CUT DIAMONDS, SI2 G-H;

THREE (3) 14 KT. YELLOW GOLD 12 MM ¾ LOOP EARRINGS, 3 DWT., ($150.00) AND ONE 14 KT. YELLOW GOLD BUTTON STYLE EARRING (1) ($75.00);

ONE (1) 14 KT. WHITE GOLD PAIR OF PIERCED TWO ROW DIAMOND LOOP EARRINGS, 5 DWT., CONTAINING THIRTY-SIX .03 CT. FULL CUT DIAMONDS, SI1 G-H;

ONE (1) 18 KT. WHITE GOLD PAIR OF PIERCED CLIP BACK DIAMOND PAVE' EARRINGS, 8.5 DWT., CONTAINING FORTY-EIGHT .015 CT. FULL CUT DIAMONDS, VS2 – SI1 G-H;

ONE (1) STERLING SILVER WITH 18 KT. YELLOW GOLD TRIM BLACK ONYX RING CONTAINING ONE 10 X 10 MM TRIANGULAR CABOCHON BLACK ONYX;

ONE (1) 14 KT. YELLOW GOLD LADIES RUBY AND DIAMOND RING, 2.5 DWT., CONTAINING SIXTEEN .015 CT. FULL CUT DIAMONDS, SI2 G-H AND ONE 6.5 X 5 MM OVAL RUBY;

ONE (1)STERLING SILVER WITH 18 KT. YELLOW GOLD TRIM CABLE STYLE ONYX BANGLE BRACELET CONTAINING ONE 14 X 8 MM OVAL CABOCHON BLACK ONYX;

ONE (1) 14 KT. YELLOW GOLD PAIR OF PIERCED CLIP BACK ROUND GOLD EARRINGS, 3.5 DWT;

ONE (1) YELLOW GOLD PLATED CUPID FIGURINE PENDANT;

ONE (1) 14 KT. WHITE GOLD PAIR OF DIAMOND LOOP EARRINGS, 2.75 DWT., CONTAINING TWENTY .01 CT. FULL CUT DIAMONDS, SI1 G-H;

44

ONE (1) 14 YELLOW GOLD PAIR OF LARGE 6 MM LOOP
EARRINGS, 4.2 DWT;

ONE (1) PLATINUM LADIES SIX PRONG DIAMOND SEMI-
MOUNT ENGAGEMENT RING, 4.3 DWT., CONTAINING SIX .03
CT. FULL CUT DIAMONDS, VS2 – SI1 G-H (NO CENTER
STONE);

ONE (1) 14 KT. WHITE GOLD HEART SHAPED BLUE TOPAZ
AND DIAMOND RING, 3.3 DWT., CONTAINING SIXTEEN .01
CT. FULL CUT DIAMONDS, SI2 G-H AND ONE 6 X 6 MM
HEART SHAPED BLUE TOPAZ;

ONE (1) 24" GOLD FILLED ROPE CHAIN WITH SMALL
HUNTING CASE COLIBRI PENDANT WATCH;

ONE (1) DRAGON FIGURINE;

ONE (1) GOLD PLATED IMITATION WHITE STONE BRACELET
(STONE MISSING);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 5.8 DWT., CONTAINING SIX .05 CT.
FULL CUT DIAMONDS AND SIX .07 CT. TAPERED DIAMOND
BAGUETTES, VS2 – SI1 G-H (NO CENTER STONE);

ONE (1) 7" STRAND OF 5 MM FRESHWATER PEARL
BRACELET WITH 14 KT. YELLOW GOLD PEARL CLASP;

ONE (1) 18" STRAND OF 5 MM FRESHWATER PEARLS WITH
14 KT. YELLOW GOLD CLASP;

ONE (1) 14 KT. YELLOW GOLD PAIR OF PIERCED 6 MM
BUTTON PEARL STUDS;

ONE (1) STAINLESS STEEL GENTS 6 ½ MM BAND RING;

ONE (1) WHITE BASE METAL LARGE BANGLE STYLE BRACELET WITH WHITE IMITATION STONE WITH BLACK ENAMEL;

ONE (1) 18" ROPE CHAIN WITH STERLING SILVER ROPE BORDER COIN PENDANT CONTAINING ONE 1926 LIBERTY COIN;

ONE (1) 18 KT. YELLOW GOLD PAIR OF PIERCED CLIP BACK DIAMOND AND TURQUOISE EARRINGS, 11 DWT, CONTAINING TWENTY .01 CT. FULL CUT DIAMONDS, VS2 – SI1 G-H, TWO 12 X 12 MM CUSHION SHAPED CABOCHON TURQUOISE;

ONE (1) 18 KT. WHITE GOLD 7" RUBY AND DIAMOND BRACELET, 8.5 DWT., CONTAINING EIGHTY-NINE .005 CT SINGLE CUT DIAMONDS, EIGHT .03 CT. FULL CUT DIAMONDS, SI1 – SI2 G-H AND NINETY-SIX 3.5 X 2 MM MARQUISE CUT RUBIES (BROKEN LINK);

ONE (1) 18 KT. YELLOW GOLD BALLERINA STYLE DIAMOND SEMI-MOUNT RING, 7.5 DWT., CONTAINING THIRTY-ONE APPROXIMATE .15 CT. TAPERED DIAMOND BAGUETTES, VS2 – SI1 G-H, (BROKEN PRONG AND MISSING STONE) (MATE 1B468);

ONE (1) 14 KT. TWO-TONE GOLD LADIES DIAMOND CLUSTER RING 7.5 MM TAPERED BAND, 2.5 DWT., CONTAINING SEVEN .04 CT. FULL CUT DIAMOND, I1 G-H;

ONE (1) 14 KT. YELLOW GOLD 7" SLIDE BRACELET WITH 14 KT. YELLOW GOLD SLIDE CONTAINING ONE 2.2 MM ROUND BLUE SAPPHIRE, 4.5 DWT;

ONE (1) STERLING SILVER 17" FANCY CHAIN ($40.00) AND MATCHING 2 STRAND STERLING SILVER BRACELET ($35.00);

ONE (1) THREE STRAND FRESHWATER PEARL NECKLACE WITH 14 KT. YELLOW GOLD PEARL CLASP;

ONE (1) 10 KT. YELLOW GOLD GENTS OVAL SIGNET RING, 15 DWT;

ONE (1) 14 KT. WHITE GOLD PAIR OF GOLD LOOP EARRINGS 1.7 DWT;

ONE (1) 10 KT. WHITE GOLD MARQUISE SHAPED PAVE' SET IMITATION DIAMOND RING (1 STONE MISSING);

ONE (1) 10 KT. YELLOW GOLD SAPPHIRE AND DIAMOND RING CONTAINING TWO .005 CT. SINGLE CUT DIAMONDS AND ONE 6 X 3 MM MARQUISE BLUE SAPPHIRE;

ONE (1) GOLD ELECTRO PLATED IMITATION GREEN AND WHITE STONE RING;

ONE (1) WHITE TONE IMITATION DIAMOND ENGAGEMENT RING;

ONE (1) 10 KT. YELLOW GOLD IMITATION RUBY AND DIAMOND RING CONTAINING FOUR .005 CT. SINGLE CUT DIAMOND, ONE 10 X 5 MARQUISE IMITATION RUBY AND EIGHT IMITATION RUBY BAGUETTES;

ONE (1) 14 KT. YELLOW GOLD 18" 5 MM BOX CHAIN WITH 14 KT. YELLOW GOLD HEART SHAPED DIAMOND PENDANT, 2.75 DWT., CONTAINING TWENTY-SEVEN .02 CT. FULL CUT DIAMONDS, I2 LB;

ONE (1) 14 KT. WHITE GOLD 18" 1.75 MM ROPE CHAIN WITH 14 KT. WHITE GOLD BUTTERCUP DIAMOND PENDANT, 2.25 DWT., CONTAINING ONE .12 CT. FULL CUT DIAMOND, SI1 G-H;

ONE (1) STERLING SILVER PAIR OF PIERCED CLIP BACK PINK SAPPHIRE EARRINGS WITH 18 KT. YELLOW GOLD TRIM CONTAINING TWENTY 2 MM ROUND PINK SAPPHIRES;

ONE (1) 18 KT. WHITE GOLD PAIR PIERCED LOOP DIAMOND
EARRINGS CONTAINING FIFTEEN .015 CT. FULL CUT
DIAMONDS (1 MISSING);

ONE (1) 16" 18 KT. WHITE GOLD "BOLO" STYLED BLUE
TOPAZ AND DIAMOND EARRINGS, 10 DWT., CONTAINING
THIRTY-TWO APPROXIMATE .015 CT. FULL CUT DIAMONDS,
SI1 G-H AND TWO 15 X 10 MM LONDON BLUE TOPAZ
BRIOLETTE;

ONE (1) 18 KT. WHITE GOLD PAIR OF PIERCED DIAMOND
AND BLUE TOPAZ DANGLE EARRINGS CONTAINING
FOURTEEN .015 CT. FULL CUT DIAMONDS, SI1 G-H AND TWO
12 X 9.5 MM LONDON BLUE TOPAZ BRIOLETTES;

ONE (1) 18 KT. WHITE GOLD PAIR OF PIERCED DIAMOND
AND 10 MM SOUTH SEA PEARL EARRINGS;

ONE (1) 18 KT. YELLOW GOLD DIAMOND AND TURQUOISE
CUFF BRACELET, 20 DWT., CONTAINING FORTY-EIGHT .02
CT. FULL CUT DIAMONDS, VS2 – I1 G-H AND NINE 5 MM
ROUND TURQUOISE;

ONE (1) 18 KT. YELLOW GOLD 18" BARREL SHAPED
TURQUOISE SECTION NECKLACE CONTAINING NINE 5.5 X 8
MM TURQUOISE;

ONE (1) 14 KT. YELLOW GOLD LADIES SAPPHIRE AND
DIAMOND RING, 6 DWT., CONTAINING THIRTY .02 CT. FULL
CUT DIAMONDS, EIGHT .04 CT. FULL CUT DIAMONDS, TWO
.08 CT. FULL CUT DIAMONDS AND SIXTEEN 3 X 1.5 MM
STRAIGHT BLUE SAPPHIRE BAGUETTES;

ONE (1) 14 KT. WHITE GOLD 18" .75 MM ROPE CHAIN WITH
10 KT. WHITE GOLD HEART SHAPED DIAMOND PENDANT
CONTAINING SEVENTEEN .03 CT. FULL CUT DIAMONDS, I3
G-H;

ONE (1) 14 KT. WHITE GOLD 7" BEZEL SET DESIGN DIAMOND BRACELET, 8.5 DWT., CONTAINING SEVENTY-FOUR .015 CT. FULL CUT DIAMONDS, I1 G-H;

ONE (1) PLATINUM 18" 1.75 MM CABLE CHAIN WITH DIAMOND CLUSTER PENDANT, 4.7 DWT. CONTAINING NINE .0075 CT. FULL CUT DIAMONDS AND SEVEN .02 CT. FULL CUT DIAMONDS, SI1 G-H;

ONE (1) 14 KT. YELLOW GOLD LADIES AMETHYST AND DIAMOND RING. 2.4 DWT., CONTAINING TWO .02 CT. FULL CUT DIAMONDS, SI2 G-H AND ONE 10 X 7 MM FANTASY CUT AMETHYST;

ONE (1) PLATINUM LADIES SAPPHIRE AND DIAMOND BAND RING, 7.5 DWT., CONTAINING FIFTY-SIX .01 CT. FULL CUT DIAMONDS, TWO .03 CT FULL CUT DIAMONDS, ONE .05 CT. FULL CUT DIAMONDS AND SIX 2 MM ROUND BLUE SAPPHIRES;

ONE (1) 14 KT. WHITE GOLD DANGLE STYLED DIAMOND AND TOPAZ JACKETS CONTAINING EIGHTEEN .03 CT FULL CUT DIAMONDS, SI1 G-H AND TWO 8 X 5 MM WHITE TOPAZ BRIOLETTE;

ONE (1) 14 KT. WHITE GOLD DANGLE CROWN SHAPED DIAMOND EARRING JACKETS CONTAINING THIRTY-EIGHT .0075 CT. FULL CUT DIAMONDS, SI1 G-H, AND TWO WHITE TOPAZ BRIOLETTE;

ONE (1) PLATINUM SIX PRONG DIAMOND SEMI-MOUNT ENGAGEMENT RING, 6 DWT., CONTAINING TWO .12 CT. STRAIGHT DIAMOND BAGUETTES AND TWO .05 CT. PRINCESS CUT DIAMONDS, VS2 – SI1 G-H (NO CENTER STONE);

ONE (1) 14 KT. WHITE GOLD DIAMOND SEMI-MOUNT ENGAGEMENT RING, 3 DWT., CONTAINING FOUR .06 CT. FULL CUT DIAMONDS SI2 G-H (NO CENTER STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 4.7 DWT., CONTAINING FOUR .08 CT.
PRINCESS CUT DIAMOND AND FOUR .04 CT. TAPERED
DIAMONDS BAGUETTES, SI1 G-H (NO CENTER STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING WITH 18 KT, YELLOW GOLD TRIM, 5.2
DWT., CONTAINING EIGHT .045 CT. FULL CUT DIAMONDS,
VS2 SI1 G-H (NO CENTER STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING WITH 18 KT. YELLOW GOLD TRIM, 7
DWT., CONTAINING TEN .035 CT. STRAIGHT DIAMOND
BAGUETTES, VS2 G-H;

ONE (1) 14 KT. YELLOW GOLD GENTS OCTAGON SHAPED
SIGNET RING;

ONE (1) 14 KT. WHITE GOLD LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 3.3 DWT., CONTAINING TWO
APPROXIMATE .12 CT. STRAIGHT DIAMOND BAGUETTES
AND TWO .05 CT. PRINCESS CUT DIAMONDS, SI1 G-H (NO
CENTER STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 4.6 DWT., CONTAINING SIX .07 CT.
DIAMOND BAGUETTES, SI1 G-H (NO CENTER STONE);

ONE (1) 14 KT. WHITE GOLD LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 3.3 DWT., CONTAINING TWO .10 CT.
FULL CUT DIAMONDS AND TWO .02 CT. FULL CUT
DIAMONDS, SI1 G-H (NO CENTER STONE);

ONE (1) 18 KT. WHITE GOLD LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 2.3 DWT., CONTAINING TEN .025 CT.
DIAMOND BAGUETTES, VS2 – SI1 G-H (NO CENTER STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 7 DWT., CONTAINING FOUR .05 CT.
FULL CUT DIAMONDS SI1 G-H (NO CENTER STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 5 DWT., CONTAINING TWO
APPROXIMATE PEAR CUT DIAMONDS, SI1 G-H (NO CENTER
STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 6.2 DWT., CONTAINING TWO .13 CT.
FULL CUT DIAMONDS VS2 – SI1 G-H (NO CENTER STONE);

ONE (1) 14 KT. WHITE GOLD LADIES DIAMOND PAVE' SEMI-
MOUNT ENGAGEMENT RING, 3.2 DWT., CONTAINING
TWENTY-SIX .05 CT. FULL CUT DIAMONDS, VS2 – SI1 G-H
(NO CENTER STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 5.7 DWT., CONTAINING SIX .03 CT.
DIAMOND BAGUETTES AND TWO .15 CT. MARQUISE CUT
DIAMONDS VS2 – SI1 G-H (NO CENTER STONE);

ONE (1) PLATINUM LADIES CHANNEL SET DIAMOND SEMI-
MOUNT ENGAGEMENT RING, 6.5 DWT., CONTAINING
TWENTY .015 CT. FULL CUT DIAMONDS SI1 G-H (NO CENTER
STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 5 DWT., CONTAINING SIX .05 CT.
DIAMOND BAGUETTES VS2 - SI1 G-H (NO CENTER STONE);

ONE (1) 18 KT. WHITE GOLD LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 2.5 DWT., CONTAINING FOUR .04 CT
DIAMOND BAGUETTES VS2 – SI1 G-H (NO CENTER STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 4.8 DWT., CONTAINING TWO .012 CT.
FULL CUT DIAMONDS AND TWO .07 CT. FULL CUT
DIAMONDS VS2 – SI1 G-H (NO CENTER STONE);

ONE (1) 14 KT. WHITE GOLD LADIES DIAMOND BEZEL SET
SEMI-MOUNT ENGAGEMENT RING, 3.0 DWT., CONTAINING

TWO .12 CT. FULL CUT DIAMONDS I1 G-H (NO CENTER STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT ENGAGEMENT RING, 5.6 DWT., CONTAINING FOURTEEN .02 CT. FULL CUT DIAMONDS AND TWO .07 CT. FULL CUT DIAMONDS VS2 – SI1 G-H (NO CENTER STONE);

ONE (1) 14 KT. WHITE GOLD LADIES DIAMOND BEZEL SET SEMI-MOUNT ENGAGEMENT RING, 2.5 DWT., CONTAINING SIX .05 CT. FULL CUT DIAMONDS SI1 G-H AND TWO .07 CT. TRIANGULAR CUT DIAMONDS (NO CENTER STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT ENGAGEMENT RING, 6.3 DWT., CONTAINING TWO .25 CT. BRILLIANT CUT DIAMONDS AND TWO .07 CT. FULL CUT DIAMONDS SI1 G-H (NO CENTER STONE);

ONE (1) 14 KT, WHITE GOLD LADIES ENGAGEMENT RING MOUNTING (NO CENTER) 3.5 DWT;

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT ENGAGEMENT RING, 5.5 DWT., CONTAINING TWO .08 CT. FULL CUT DIAMONDS SI1 G-H (NO CENTER STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT ENGAGEMENT RING, 5.6 DWT., CONTAINING SIX .08 CT. TAPERED DIAMOND BAGUETTES VS2 - SI1 G-H (NO CENTER STONE);

ONE (1) 14 KT. WHITE GOLD LADIES DIAMOND BEZEL SET SEMI-MOUNT ENGAGEMENT RING, 2.2 DWT., CONTAINING TWO .08 CT. FULL CUT DIAMONDS SI1 G-H AND TWO .04 CT. TAPERED DIAMOND BAGUETTES (NO CENTER STONE);

ONE (1) 14 KT. YELLOW GOLD SLIDE BRACELET, 1.6 DWT., CONTAINING OVAL AQUAMARINE;

ONE (1) 18 KT. WHITE GOLD 16" 1 MM CABLE CHAIN WITH DANGLE BLUE TOPAZ AND DIAMOND PENDANT, 2.25 DWT.,

CONTAINING ONE 6 X 4 MM TEARDROP BRIOLETTE BLUE
TOPAZ AND SEVEN .01 CT. FULL CUT DIAMONDS VS2 – SI1
G-H;

ONE (1) 14 KT. YELLOW GOLD RUBY AND DIAMONDS RING,
1.5 DWT., CONTAINING ONE 5 X 3 MM OVAL RUBY AND
FOUR .01 CT. FULL CUT DIAMONDS SI1 G-H;

ONE (1) 14 KT. YELLOW GOLD PAIR OF LADIES LOVE KNOT
EARRINGS, 2.7 DWT;

ONE (1) 14 KT. YELLOW GOLD MEGAPHONE
CHARM/PENDANT;

ONE (1) 10 KT. YELLOW GOLD LADIES 6 PRONG BLANK
SOLITAIRE MOUNTING 1.6 DWT (SCRAP PRICE – USED);

ONE (1) 14 KT. YELLOW GOLD PAIR OF SMALL TEDDY BEAR
GOLD EARRINGS .3 DWT;

ONE (1) 14 KT YELLOW GOLD PAIR OF PIERCED GOLD LOOP
EARRINGS 2.4 DWT;

ONE (1) 14 KT. WHITE GOLD PAIR OF CONTEMPORARY
STYLED DIAMOND LOOP EARRINGS, 4.7 DWT., CONTAINING
TWO .05 CT. FULL CUT DIAMONDS AND FOURTEEN .01 CT.
FULL CUT DIAMONDS SI1 G-H;

ONE (1) 14 KT. WHITE GOLD PAIR OF DIAMOND AND PEARL
DANGLE EARRINGS, 4.7 DWT., CONTAINING TWENTY-EIGHT
.01 T. FULL CUT DIAMONDS AND TWO 7 MM CULTURED
PEARLS SI1 G-H;

ONE (1) 14 KT. YELLOW GOLD PAIR OF DIAMOND CLUSTER
EARRINGS, .8 DWT., CONTAINING FOURTEEN .025 CT. FULL
CUT DIAMONDS SI2 H-I;

ONE (1) 14 KT. WHITE GOLD SIX PRONG SOLITAIRE
ENGAGEMENT RING MOUNTING 3.25 DWT (NO CENTER
STONE);

ONE (1) 14 KT. WHITE GOLD 1 MM SNAKE CHAIN 2.5 DWT;

ONE (1) 14 KT. YELLOW GOLD LADIES CUBIC ZIRCONIA RING, 1.8 DWT., CONTAINING ONE 9 X 7 MM OVAL LAVENDER CZ;

ONE (1) 10 KT. YELLOW GOLD LADIES COIN LIKE RING WITH ROPE BORDER 1.25 DWT;

ONE (1) 11 KT. YELLOW GOLD LADIES 6 MM TANZANITE ETERNITY BAND, 6.5 DWT., CONTAINING SEVEN 3.5 MM ROUND TANZANITE'S;

ONE (1) STERLING SILVER WITH 18 KT. YELLOW GOLD TRIM PAIR OF GENTS BLACK ONYX CUFF LINKS;

ONE (1) 18 KT. YELLOW GOLD 6 MM DIAMOND BAND RING, 4.85 DWT., WITH RED ENAMEL FINISH CONTAINING THREE .02 CT. FULL CUT DIAMONDS VS2 – SI1 G-H;

ONE (1) 14 KT. YELLOW GOLD PAIR OF PIERCED CLIP GOLD EARRINGS BUTTON STYLE;

ONE (1) 14 KT. YELLOW GOLD PAIR OF PIERCED CLIP BACK BUTTON STYLE EARRINGS 3.65 DWT;

ONE (1) PLATINUM LADIES 4 PRONG ENGAGEMENT RING MOUNTING 6 DWT (NO CENTER STONE);

ONE (1) 14 KT. YELLOW GOLD PEARL AND DIAMOND EARRING (1) (NO MATE) CONTAINING ONE .03 CT. FULL CUT DIAMOND I2 G-H AND ONE 6 MM CULTURED PEARL;

ONE (1) 14 KT. YELLOW GOLD PAIR OF PIERCED LOOP STYLE GOLD EARRINGS 3.8 DWT;

ONE (1) 14 KT. YELLOW GOLD LAIR OF PIERCED 8.5 MM GREY CULTURED PEARL EARRINGS;

ONE (1) 10 KT. YELLOW GOLD 20" 1 MM TRIPLE LINK CHAIN WITH 10 KT YELLOW GOLD DIAMOND CROSS PENDANT, 1.65 DWT., CONTAINING TWENTY-SIX .005 CT. SINGLE CUT DIAMONDS SI2 G-H;

ONE (1) 14 KT. WHITE GOLD PAIR OF GENTS SAPPHIRE CUFF LINKS, 5.7 DWT., CONTAINING TWO 4 MM SQUARE BLUE SAPPHIRES;

ONE (1) 14 KT. YELLOW GOLD PIERCED PEARL EARRING 4.5 MM CULTURED PEARL .5 DWT;

ONE (1) PLATINUM SIX PRONG DIAMOND SEMI-MOUNT ENGAGEMENT RING, 5.7 DWT., CONTAINING SIXTEEN .03 CT. PRINCESS CUT DIAMONDS SI1 G-H (NO CENTER STONE);

ONE (1) 14 KT. WHITE GOLD PAIR OF PIERCED GOLD LOOP EARRINGS 1.7 DWT;

ONE (1) 14 KT. YELLOW GOLD BUTTON STYLE EARRING (NO MATE – SCRAP) 2 DWT;

ONE (1) 14 KT. YELLOW GOLD LADIES SLIDE BRACELET CONTAINING THIRTEEN 14 KT. YELLOW GOLD SLIDES WITH MULTI GEMSTONES AND 14 KT YELLOW GOLD CLASP;

ONE (1) 14 KT. YELLOW GOLD TANZANITE AND DIAMOND RING, 1.7 DWT., CONTAINING TWELVE .01 CT. FULL CUT DIAMONDS I1 – I2 G-H AND ONE 6 X 4 MM OVAL TANZANITE;

ONE (1) 10 KT. YELLOW GOLD OCTAGONAL 6.5 MM BAND RING 3.3 DWT;

ONE (1) 14 KT. WHITE GOLD CLUSTER STYLE BLANK PENDANT MOUNTING (NO STONES) 1.25 DWT;

ONE (1) 14 KT. YELLOW GOLD PAIR OF PIERCED SWIRL GOLD EARRINGS 1.5 DWT;

ONE (1) 14 KT. YELLOW GOLD PAIR OF PIERCED GOLD
EARRINGS 2.2 DWT;

ONE (1) 18 KT. WHITE GOLD LADIES DIAMOND 15 MM
CONTEMPORARY DESIGN BAND RING, 6.2 DWT.,
CONTAINING FORTY-TWO .0075 CT. FULL CUT DIAMONDS,
SEVEN .03 CT. FULL CUT DIAMONDS AND FOUR .05 CT. FULL
CUT DIAMONDS VS2 – SI1 G-H;

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 5.15 DWT., CONTAINING FOUR .035 CT.
TAPERED DIAMOND BAGUETTES VS2 – SI1 G-H (NO CENTER
STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 4.3 DWT., CONTAINING TWO .05 CT.
MARQUISE CUT DIAMONDS AND TWO .06 CT. TRIANGULAR
CUT DIAMONDS;

ONE (1) 14 KT. WHITE GOLD LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 2.75 DWT., CONTAINING TEN .02 CT.
FULL CUT DIAMONDS AND TWO .O5 CT. TRIANGULAR CUT
DIAMONDS SI1 G-H (NO CENTER STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 6.5 DWT., CONTAINING FOUR .05 CT.
MARQUISE CUT DIAMONDS VS2 – SI1 G-H (NO CENTER
STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 6.1 DWT., CONTAINING TWO .15 CT.
HEART CUT DIAMONDS VS2 – SI1 G-H (NO CENTER STONE);

ONE (1) 14 KT. WHITE GOLD LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 3.9 DWT., CONTAINING EIGHT .045 CT.
PRINCESS CUT DIAMONDS AND TWO .O5 CT. TRIANGULAR
CUT DIAMONDS SI1 G-H (NO CENTER STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING, 4.4 DWT., CONTAINING FOUR .08 CT.

PRINCESS CUT DIAMONDS AND TWO .15 CT. FULL CUT
DIAMONDS SI1 G-H (NO CENTER STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING WITH 18 KT. YELLOW GOLD TRIM, 5.7
DWT., CONTAINING TWO .15 CT. FULL CUT DIAMONDS AND
TWO .07 CT. FULL CUT DIAMONDS SI1 G-H (NO CENTER
STONE);

ONE (1) PLATINUM LADIES DIAMOND SEMI-MOUNT
ENGAGEMENT RING WITH 18 KT. YELLOW GOLD TRIM, 5.8
DWT., CONTAINING FOUR .03 CT. FULL CUT DIAMONDS AND
FOUR .04 CT. TAPERED DIAMOND BAGUETTES VS2 - SI1 G-H
(NO CENTER STONE);

10)    CATS# 14-FBI-006079 - ONE (1) LOOSE 3.43 CT. CUSHION
BRILLIANT CUT DIAMOND, 9.52 X 8.61 X 5.84 MM, SI1 G, AGS
LAB DOCUMENT # 13054063;

11)    CATS# 14-FBI-006609 – 1.52 CT ASSHER CUT DIAMOND
6.41X6.6X4.2, VS2, F, GIA #13926219;

1.30 CT PRINCESS CUT DIAMOND 6.24X6.14X4.2, VS1, H;

2.21 CT BRILLANT DIAMOND 8.84X5.13 VS1, E;

2.00 CT BRILLIANT DIAMOND 8.18X4.92 VVS2, F;

1.20 CT BRILLIANT DIAMOND 6.67X4.28 SI1, F;

1.65 CT BRILLIANT DIAMOND 7.54X47 SI1, E, AGS #3224702;

1.70 CT ASSHER CUT DIAMOND 6.56X6.58X4.52 VS2, H;

2.02 CT PRINCESS CUT DIAMOND 7.1X6.9X4.9 VS1, G;

1.23 CT ASSHER CUT DIAMOND 5.93X5.94X4.08 VS2-SI1, E;

3.63 CT EMERALD CUT DIAMOND 9.58X7.87X5.24 VS1, F, GIA
#13937877;

4.18 CT EMERALD CUT DIAMOND 10.5X8.1X5.51 SI2, F; and

1.11 CT OVAL DIAMOND 8.98X5.74X3.5 FANCY BLUE, VS1.