IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES )<br><br>Plaintiff )<br><br>v. )<br><br>JOSEPH HAROLD GANDY )<br><br>Defendants ) | CRIMINAL ACTION NUMBER:<br><br>2:14-CR-319-KOB-SGC (N.D. Ala.) |

## PETITION FOR RETURN OF PROPERTY

Comes now Maureen A. Meucke and files this petition for the return of the following articles of jewelry which belong to her, were in the possession of the Defendant, were seized by the United States, and have been made a part of the government's forfeiture action.

1. Ladies pearl strand, 8-8 1/2mm pearls, white rose' color, very fine symmetry and luster. 14 kt yellow gold clasp.

    Attached as Exhibit A is an appraisal from Haase Jewelers to your Petitioner which shows the pearl strand to belong to Petitioner. The pearl strand was a gift and Petitioner does not have a bill of sale. By signing this Petition under oath, Petitioner confirms that the identified pearl strand belongs to her.

2. Cartier watch; Model: curved santos sm sg gilded m; serial number: 1567BB063034.

    Attached hereto as Exhibit B is a letter from Cartier to Petitioner with a two page form showing the estimate for repairs to the watch. Petitioner purchased the watch in the early 1990's and no longer has any evidence of the purchase. By signing this Petition under oath, Petitioner confirms that the identified Cartier watch belongs to her.

1

_____
Maureen M. Meucke, MD

Sworn to before me and subscribed in my presence this 28th day of
May, 2015.

_____
Notary Public
Commission expires: 7/12/15

Respectfully submitted,

s/ Charles A. Dauphin
Charles A. Dauphin (ASB-5833-H65C)
Email: cdauphin@dauphinparis.com

Of counsel
DAUPHIN PARIS, LLC
300 Vestavia Parkway
Suite 3400
Birmingham, Alabama 35216
Telephone: 205.637.0591
Facsimile: 205.979.6019

Attorney for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2015, I have served a copy of the above and foregoing upon the following counsel via the CM/ECF electronic filing system:

s/ Charles A. Dauphin
Of Counsel

2